**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

AVIAD BESSLER, individually and on
behalf of all others similarly situated,

      Plaintiff,

   v.

ZAFGEN, INC. and THOMAS E. HUGHES,

      Defendants.

Civil Action No. 1:15-cv-13618

---

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF TERRY BRENNAN, RON KENNER, KEVIN KOZIATEK, VINCENT RAMPE, AND DRAGON GATE MANAGEMENT LTD'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

The undersigned, under penalties of perjury under the laws of the United States of America, declares as follows.

1.    I am a partner at Block & Leviton LLP ("Block & Leviton"), admitted to practice in Massachusetts and before this Court. I submit this Declaration in support of Terry Brennan, Kevin Koziatek, Ron Kenner, Vincent Rampe, and Dragon Gate Management Ltd.'s Motion For Appointment as Lead Plaintiffs and for Approval of Their Selection of Lead Counsel.

2.    Attached hereto are true and accurate copies of the following exhibits:

A.  A press release entitled "Zafgen, Inc. and Its CEO Sued for Securities Fraud," issued on PR Newswire on October 21, 2015;

B.  The certification of Terry M. Brennan;

C.  The certification of Ron Kenner;

D.  The certification of Kevin Koziatek;

E.  The certification of Vincent Rampe;

F.  The certification of Woon Soo Kim, owner and director of Dragon Gate Management Ltd.;

G.  The loss calculation chart of Terry Brennan;

H.  The loss calculation chart of Ron Kenner;

I.  The loss calculation chart of Kevin Koziatek;

J.  The loss calculation chart of Vincent Rampe;

K.  The loss calculation chart of Dragon Gate Management Ltd;

L.  Block & Leviton's firm resume; and

M.  Rosen Law Firm's firm resume.

Signed under penalties of perjury this 21st day of December 2015.

/s/ Jeffrey C. Block
Jeffrey C. Block

**EXHIBIT A**

 (http://www.prnewswire.com/)



# Zafgen, Inc. and Its CEO Sued for Securities Fraud

BOSTON, Oct. 21, 2015 /PRNewswire/ -- Zafgen, Inc. ("Zafgen" or the "Company") (NASDAQ: ZFGN (http://studio-5.financialcontent.com/prnews?Page=Quote&Ticker=ZFGN)) and its chief executive officer, Thomas E. Hughes, were named as defendants in a lawsuit filed by Block & Leviton LLP alleging that they violated the Federal Securities Laws.

The lawsuit, filed in Federal Court in the District of Massachusetts, docket number 1:15-cv-13618, alleges that Defendants made misleading misrepresentations about thrombotic adverse events in previous clinical trials of its leading drug candidate beloranib. Until October 16, 2015, Zafgen had only ever disclosed two thrombotic adverse events in one prior clinical trial.

On October 12 and October 13, 2015, however, Zafgen shares dropped sharply. Between the opening of trading on October 12, 2015 and the close of trading on October 13, 2015, Zafgen shares dropped from $34.76/share to $15.75/share—a 54.7% drop. The drop was fueled by rumors in the marketplace that a patient had died in an ongoing Phase 3 clinical trial of beloranib.

On October 14, 2015, Zafgen confirmed that a patient in its Phase 3 trial of beloranib had died. Zafgen failed to disclose, however, that the patient was receiving beloranib—*i.e.*, not a placebo—and failed to disclose anything about thrombotic events in prior clinical trials.

Late in the day on October 15, 2015, the Food and Drug Administration ("FDA") informed Zafgen that beloranib has been placed on partial clinical hold. This forced Zafgen to make additional disclosures on October 16, 2015, including that: (i) the patient who died was receiving beloranib; and (ii) there had been **four** thrombotic adverse events in prior clinical studies of beloranib—two more than previously reported—as well as two additional, previously undisclosed thrombotic events in ongoing studies, for a total of six thrombotic events out of 400 patients receiving beloranib compared to **zero** thrombotic events in the approximately 150 patients treated with a placebo.

The Company's stock dropped sharply on this news. After closing at $21.02/share on October 15, 2015, Zafgen stock closed at $10.36/share on October 16, 2015—a 50.7% drop.

Certain Zafgen executives sold shares in the weeks prior to these revelations.

If you purchased Zafgen stock between January 12, 2015 and October 16, 2015 you may be a member of the alleged class. You may move the Court to be a lead plaintiff or you need not take any action at this time.  If you wish to be a lead plaintiff, you must file a motion by December 21, 2015.  If you are interested in becoming a lead plaintiff, have questions about your legal rights, or if you have information relevant to this investigation, please contact attorney Joel Fleming or Jeffrey Block of Block & Leviton LLP at (617) 398-5600 or at Joel@blockesq.com (http://www.prnewswire.com/news-releases/mailto:Joel@blockesq.com) or Jeff@blockesq.com. You (http://www.prnewswire.com/news-releases/mailto:Jeff@blockesq.com. You) may also retain counsel of your own choosing. Confidentiality for any whistleblowers or other persons with information relevant to the investigation is assured.

Block & Leviton represents investors for violations of securities laws as well as whistleblowing employees who provide information about their employers' violations of law throughout the country. The firm's lawyers have collectively been prosecuting securities cases for over 70 years, have recovered billions of dollars for investors and represent some of the nation's largest institutional investors.

This notice may constitute attorney advertising.

Contact:
BLOCK & LEVITON LLP
Joel FlemingJoel@blockesq.com (http://www.prnewswire.com/news-releases/mailto:Joel@blockesq.com)
Jeffrey BlockJeff@blockesq.com (http://www.prnewswire.com/news-releases/mailto:Jeff@blockesq.com)
(617) 398-5600


SOURCE Block & Leviton LLP


RELATED LINKS
http://www.blockesq.com (http://www.blockesq.com)


**Find this article at:**
http://www.prnewswire.com/news-releases/zafgen-inc-and-its-ceo-sued-for-securities-fraud-300164234.html

☐ Check the box to include the list of links referenced in the article.

**EXHIBIT B**

## PLAINTIFF'S CERTIFICATION OF SECURITIES
## FRAUD CLASS ACTION COMPLAINT

1.    I, Terry M. Brennan, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

2.    I did not purchase these securities at the direction of counsel, or in order to participate in any private action arising under the federal securities laws.

3.    My transactions in Zafgen, Inc. (NASDAQ:  ZFGN) securities during the Class Period January 12, 2015 through October 16, 2015 are as follows:

| DATE | TRANSACTION (buy or sell) | NO. OF SHARES | PRICE PER SHARE |
|------|---------------------------|---------------|-----------------|
| January 23, 2015 | Buy | 4,000 | $38.95 |
| January 28, 2015 | Buy | 100 | $40.83 |
| February 4, 2015 | Buy | 400 | $37.80 |
| March 23, 2015 | Buy | 500 | $44.39 |
| | | | |
| | | | |
| | | | |

4.    During the three-year period preceding the date of my signing this Certification, I have never sought to be appointed nor have I ever been appointed as lead plaintiff or class representative in any class action arising under the securities laws of the United States.

5.    I have reviewed the facts and allegations against the Company.

6.    I am willing to serve as a representative party on behalf of the class in this action, including providing testimony at deposition and trial, if necessary.

7.    I will not accept any payment for serving as a representative party on behalf of the Class beyond my *pro rata* share of any possible recovery, except for an award, as ordered or approved by the court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

Signed under the penalties of perjury this 22 day of October 2015.

Terry M. Brennan

**EXHIBIT C**

## PLAINTIFF'S CERTIFICATION OF SECURITIES
## FRAUD CLASS ACTION COMPLAINT

1.     I, Ron Kenner, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

2.     I did not purchase these securities at the direction of counsel, or in order to participate in any private action arising under the federal securities laws.

3.     My transactions in Zafgen, Inc. (NASDAQ: ZFGN) securities during the Class Period of January 12, 2015 through October 16, 2015 are as follows:

| DATE | TRANSACTION (buy or sell) | NO. OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| | | | |
| | SEE | ATTACHED | |
| | | | |

4.     During the three-year period preceding the date of my signing this Certification, I have never sought to be appointed nor have I ever been appointed as lead plaintiff or class representative in any class action arising under the securities laws of the United States.

5.     I have reviewed the facts and allegations against the Company.

6.     I am willing to serve as a representative party on behalf of the class in this action, including providing testimony at deposition and trial, if necessary.

7.     I will not accept any payment for serving as a representative party on behalf of the Class beyond my *pro rata* share of any possible recovery, except for an award, as ordered or approved by the court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

Signed under the penalties of perjury this **27** day of *October* 2015.

_____
                                                Ron Kenner

Ron Kenner
████@hotmail.com
████ (home)
████ (cell)
████
Placentia CA 92871



| Account information | TD AMERITRADE |
|---|---|
| Account name | **DAVID KENNER & RONALD KENNER JT TEN** |
| Account type | **Joint Tenants WROS** |
| Account number | ▇▇▇▇▇▇▇▇ |
| Account owners | **DAVID KENNER** |
| | **RONALD KENNER** |

| Date | Transaction | Action (Buy, Sell) | Symbol | Quantity | Price | Principal Amount | Commissio |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [ ]08/31/2015 | 13703566362 | Sold | ZFGN | 420 | 37.50 | 15,750.00 |
| [ ]08/21/2015 | 13663708393 | Bought | ZFGN | 420 | 35.66 | 14,977.20 |
| [ ]08/12/2015 | 13627250045 | Sold | ZFGN | 700 | 36.70 | 25,690.00 |
| [ ]07/29/2015 | 13558267294 | Bought | ZFGN | 350 | 36.145 | 12,650.75 |
| [ ]07/27/2015 | 13547645980 | Bought | ZFGN | 100 | 35.07 | 3,507.00 |
| [ ]07/27/2015 | 13547500055 | Bought | ZFGN | 250 | 35.09 | 8,772.50 |
| [ ]07/16/2015 | 13509836846 | Sold | ZFGN | 150 | 39.51 | 5,926.50 |
| [ ]07/16/2015 | 13509238321 | Sold | ZFGN | 575 | 39.48 | 22,701.00 |
| [ ]06/26/2015 | 13406786253 | Bought | ZFGN | 100 | 34.976 | 3,497.60 |
| [ ]06/26/2015 | 13406786250 | Bought | ZFGN | 137 | 34.9761 | 4,791.73 |
| [ ]06/26/2015 | 13406786247 | Bought | ZFGN | 35 | 34.9762 | 1,224.17 |
| [ ]06/23/2015 | 13388061746 | Sold | ZFGN | 246 | 39.60 | 9,741.60 |
| [ ]04/27/2015 | 13145949311 | Bought | ZFGN | 416 | 36.1216 | 15,026.59 |
| [ ]04/20/2015 | 13108223462 | Bought | ZFGN | 141 | 35.3678 | 4,986.86 |
| [ ]04/17/2015 | 13102972321 | Bought | ZFGN | 142 | 35.3144 | 5,014.64 |

**TD AMERITRADE** 5,523 shares ZFGN

| Account name | **RONALD KENNER** |
|---|---|
| Account type | **Individual** |
| Account number | ███ |

| Date | Transaction | Action (Buy, Sell) | Symbol | Quantity | Price | Principal Amount | Commission/Fee | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 10/19/2015 | 13938058303 | Sold | ZFGN | 4 | 10.90 | 43.60 | 0.00 | 43.59 |
| 10/19/2015 | 13938058301 | Sold | ZFGN | 4,237 | 10.97 | 46,479.89 | 7.00 | 46,472.03 |
| 10/08/2015 | 13903622301 | Bought | ZFGN | 608 | 32.5799 | 19,808.58 | 7.00 | 19,815.58 |
| 10/01/2015 | 13867305143 | Bought | ZFGN | 781 | 32.00 | 24,992.00 | 7.00 | 24,999.00 |
| 09/29/2015 | 13838754441 | Bought | ZFGN | 952 | 31.00 | 29,512.00 | 7.00 | 29,519.00 |
| 09/25/2015 | 13823145188 | Bought | ZFGN | 1,900 | 36.00 | 68,400.00 | 7.00 | 68,407.00 |
| 09/09/2015 | 13753095161 | Sold | ZFGN | 3,111 | 38.5134 | 119,815.19 | 7.00 | 119,805.98 |
| 08/24/2015 | 13671144782 | Bought | ZFGN | 1,420 | 35.2798 | 50,097.32 | 7.00 | 50,104.32 |
| 08/19/2015 | 13653500302 | Bought | ZFGN | 2,400 | 36.6426 | 87,942.24 | 7.00 | 87,949.24 |
| 08/07/2015 | 13611610213 | Sold | ZFGN | 148 | 37.516 | 5,552.37 | 0.00 | 5,552.26 |
| 08/07/2015 | 13611610208 | Sold | ZFGN | 120 | 37.52 | 4,502.40 | 0.00 | 4,502.31 |
| 08/07/2015 | 13611610202 | Sold | ZFGN | 2,100 | 37.526 | 78,804.60 | 7.00 | 78,796.14 |
| 07/28/2015 | 13552490910 | Bought | ZFGN | 780 | 35.9173 | 28,015.49 | 7.00 | 28,022.49 |
| 07/27/2015 | 13547506013 | Bought | ZFGN | 800 | 35.00 | 28,000.00 | 7.00 | 28,007.00 |
| 07/27/2015 | 13546410906 | Bought | ZFGN | 788 | 35.50 | 27,974.00 | 7.00 | 27,981.00 |
| 07/16/2015 | 13509008053 | Sold | ZFGN | 632 | 39.50 | 24,964.00 | 7.00 | 24,956.54 |
| 07/15/2015 | 13503834743 | Sold | ZFGN | 2,232 | 39.1335 | 87,345.97 | 7.00 | 87,337.36 |
| 07/01/2015 | 13443674590 | Bought | ZFGN | 58 | 34.70 | 2,012.60 | 7.00 | 2,019.60 |
| 07/01/2015 | 13442535494 | Bought | ZFGN | 662 | 35.3798 | 23,421.43 | 7.00 | 23,428.43 |
| 06/25/2015 | 13398710909 | Bought | ZFGN | 685 | 35.9864 | 24,650.68 | 7.00 | 24,657.68 |
| 06/25/2015 | 13398557005 | Bought | ZFGN | 827 | 36.00 | 29,772.00 | 7.00 | 29,779.00 |
| 06/24/2015 | 13392581488 | Sold | ZFGN | 631 | 39.364 | 24,838.68 | 7.00 | 24,831.22 |
| 06/23/2015 | 13387068899 | Sold | ZFGN | 744 | 40.01 | 29,767.44 | 7.00 | 29,759.89 |
| 04/27/2015 | 13145909935 | Bought | ZFGN | 744 | 36.00 | 26,784.00 | 7.00 | 26,791.00 |

| | Date | | Transaction | Action | Symbol | Quantity | Price | Principal Amount | Commission/Fee | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 04/23/2015 | 13133619677 | Sold | ZFGN | | 670 | 40.00 | 26,800.00 | 7.00 | 26,792.50 |
| ☐ | 04/17/2015 | 13103014726 | Bought | ZFGN | | 508 | 35.3887 | 17,977.46 | 7.00 | 17,984.46 |
| ☐ | 04/08/2015 | 13064956163 | Bought | ZFGN | | 200 | 36.4655 | 7,293.10 | 7.00 | 7,300.10 |
| ☐ | 04/07/2015 | 13057757941 | Bought | ZFGN | | 342 | 36.50 | 12,483.00 | 7.00 | 12,490.00 |
| ☐ | 04/01/2015 | 13035627626 | Bought | ZFGN | | 328 | 38.00 | 12,464.00 | 7.00 | 12,471.00 |
| ☐ | 03/23/2015 | 12971670034 | Bought | ZFGN | | 333 | 45.00 | 14,985.00 | 7.00 | 14,992.00 |
| ☐ | 03/17/2015 | 12951338217 | Bought | ZFGN | | 222 | 45.00 | 9,990.00 | 7.00 | 9,997.00 |

Account
name **RONALD KENNER & ROBERT E MUIR JT TEN**

Account
type

Account
number

Account
owners

**Joint
Tenants
WROS**

███████

**RONALD
KENNER
ROBERT
E MUIR**

| | Date | Transaction | Action (Buy, Sell) | Symbol | Quantity | Price | Principal Amount | Commission/Fee | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| ¨ | 10/19/2015 | 13938058776 | Sold | ZFGN | 292 | 10.68 | 3,118.56 | 0.00 | 3,118.50 |
| ¨ | 10/19/2015 | 13938058774 | Sold | ZFGN | 400 | 10.69 | 4,276.00 | 0.00 | 4,275.92 |
| ¨ | 10/19/2015 | 13938058772 | Sold | ZFGN | 10 | 10.70 | 107.00 | 0.00 | 106.99 |
| ¯ | 10/08/2015 | 13903642386 | Bought | ZFGN | 520 | 32.8924 | 17,104.05 | 0.00 | 17,104.05 |
| ¨ | 10/08/2015 | 13903611637 | Bought | ZFGN | 182 | 32.713 | 5,953.77 | 0.00 | 5,953.77 |
| ¨ | 09/09/2015 | 13754641925 | Sold | ZFGN | 688 | 39.00 | 26,832.00 | 0.00 | 26,831.50 |
| ¯ | 09/09/2015 | 13753142584 | Sold | ZFGN | 21 | 38.5401 | 809.34 | 0.00 | 809.32 |

3

Account name **MICHAEL KENNER & RONALD KENNER JT TEN**

Account type **Joint Tenants WROS**

Account number ▮

Account owners **MICHAEL KENNER**
**RONALD KENNER**

| | Date | Transaction | Action (Buy, Sell) | Symbol | Quantity | Price | Principal Amount | Commission/Fee | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 10/19/2015 | 13938059782 | Sold | ZFGN | 580 | 10.55 | 6,119.00 | 7.00 | 6,111.88 |
| ☐ | 10/12/2015 | 13913107231 | Bought | ZFGN | 257 | 32.194 | 8,273.86 | 7.00 | 8,280.86 |
| ☐ | 10/02/2015 | 13876668527 | Bought | ZFGN | 323 | 31.0544 | 10,030.57 | 7.00 | 10,037.57 |
| ☐ | 09/08/2015 | 13748987974 | Sold | ZFGN | 291 | 38.3887 | 11,171.11 | 7.00 | 11,163.90 |
| ☐ | 09/01/2015 | 13722794329 | Bought | ZFGN | 291 | 35.9658 | 10,466.05 | 7.00 | 10,473.05 |
| ☐ | 08/31/2015 | 13703568580 | Sold | ZFGN | 334 | 37.5718 | 12,548.98 | 7.00 | 12,541.74 |
| ☐ | 08/20/2015 | 13659257195 | Bought | ZFGN | 334 | 36.50 | 12,191.00 | 7.00 | 12,198.00 |
| ☐ | 08/12/2015 | 13627272881 | Sold | ZFGN | 333 | 36.4441 | 12,135.89 | 7.00 | 12,128.66 |
| ☐ | 07/27/2015 | 13547506018 | Bought | ZFGN | 168 | 35.00 | 5,880.00 | 7.00 | 5,887.00 |
| ☐ | 07/27/2015 | 13546410772 | Bought | ZFGN | 165 | 35.50 | 5,857.50 | 7.00 | 5,864.50 |
| ☐ | 07/16/2015 | 13509312312 | Sold | ZFGN | 293 | 39.5067 | 11,575.46 | 7.00 | 11,568.24 |
| ☐ | 06/25/2015 | 13398452292 | Bought | ZFGN | 154 | 36.2665 | 5,585.04 | 7.00 | 5,592.04 |
| ☐ | 06/23/2015 | 13387788456 | Sold | ZFGN | 139 | 39.3305 | 5,466.94 | 7.00 | 5,459.83 |
| ☐ | 04/27/2015 | 13145902048 | Bought | ZFGN | 208 | 36.1914 | 7,527.81 | 7.00 | 7,534.81 |
| ☐ | 04/23/2015 | 13133684009 | Sold | ZFGN | 127 | 40.326 | 5,121.40 | 7.00 | 5,114.30 |
| ☐ | 04/07/2015 | 13058538980 | Bought | ZFGN | 70 | 35.4794 | 2,483.56 | 7.00 | 2,490.56 |
| ☐ | 04/01/2015 | 13036290654 | Bought | ZFGN | 65 | 37.9699 | 2,468.04 | 7.00 | 2,475.04 |
| ☐ | 03/30/2015 | 13007430473 | Bought | ZFGN | 62 | 40.2089 | 2,492.95 | 7.00 | 2,499.95 |



**SCOTTRADE INC**
PO BOX 31759
ST. LOUIS, MO 63131-0759
PAYER'S Federal ID No: 86-0381976

**Tax Information Account** ███████

DAVID A KENNER
RONALD KENNER JT TEN 4035 UTAH ST APT 7
SAN DIEGO, CA 92104-2576
RECIPIENT'S ID No:██████████

| Symbol | Action | Note | Tax Lot # | Order # | Qty | Order Price | Total | Time Completed | Trade Date |
|--------|--------|------|-----------|---------|-----|-------------|-------|----------------|------------|
| ZFGN | Sold | | Processing | XEH622220151029 | 205 | $10.331 | $2,110.81 | 12:55:20 PM | 10/29/201_ |
| ZFGN | Bought | | 20151002XYCF3BA | 0JBAGFFY | 205 | $32.9012 | $6,751.75 | 3:58:00 PM | 10/2/2015 |

Export to Excel

1

# EXHIBIT D

**PLAINTIFF'S CERTIFICATION OF SECURITIES**
**FRAUD CLASS ACTION COMPLAINT**

1.     I, Kevin Koziatek, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

2.     I did not purchase these securities at the direction of counsel, or in order to participate in any private action arising under the federal securities laws.

3.     My transactions in Zafgen, Inc. (NASDAQ: ZFGN) securities during the Class Period January 12, 2015 through October 16, 2015 are as follows:

| DATE | TRANSACTION (buy or sell) | NO. OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| 3/30/2015 | Buy | 500 | 40.40 |
| 3/30/2015 | Buy | 500 | 40.44 |
| 9/23/2015 | Sell | 1000 | 44.75 |
| 9/24 | Buy | 1000 | 40.98 |
| 3/27/2015 | Buy | 1000 | 40.17 |
| 3/27/2015 | Buy | 1000 | 40.51 |
|  |  |  |  |

4.     During the three-year period preceding the date of my signing this Certification, I have never sought to be appointed nor have I ever been appointed as lead plaintiff or class representative in any class action arising under the securities laws of the United States.

5.     I have reviewed the facts and allegations against the Company.

6.     I am willing to serve as a representative party on behalf of the class in this action, including providing testimony at deposition and trial, if necessary.

7.     I will not accept any payment for serving as a representative party on behalf of the Class beyond my *pro rata* share of any possible recovery, except for an award, as ordered or approved by the court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

Signed under the penalties of perjury this <u>26</u>  day of October 2015.

_____
Kevin Koziatek

**EXHIBIT E**

# SWORN CERTIFICATION OF PLAINTIFF

### Zafgen, Inc., **SECURITIES LITIGATION**

I, Vincent Rampe, certify:

1.  I have reviewed the complaint and authorized its filing.

2.  I did not purchase Zafgen, Inc., the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in Zafgen, Inc., during the class period set forth in the Complaint are as follows:

     See Attached Transactions

5.  I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6.  I will not accept any payment for serving as a representative party, except to receive ·my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

     ___ Check here if you are a current employee or former employee of the defendant Company.

     I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: 12/14/K

_____
(Please Sign Your Name Above)

## Vincent Rampe's Transactions in Zafgen, Inc (ZFGN)

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/16/2015 | Sold | -50 | $36.1426 |
| 1/16/2015 | Sold | -150 | $36.1425 |
| 1/16/2015 | Sold | -150 | $36.1425 |
| 1/16/2015 | Sold | -1,150 | $36.1425 |
| 1/16/2015 | Sold | -136 | $36.5757 |
| 1/22/2015 | Sold | -1,000 | $35.9892 |
| 2/27/2015 | Bought | 969 | $38.7677 |
| 2/27/2015 | Bought | 300 | $38.7677 |
| 2/27/2015 | Bought | 31 | $38.7677 |
| 3/9/2015 | Bought | 2,000 | $41.2549 |
| 3/11/2015 | Bought | 3,000 | $44.4632 |
| 3/11/2015 | Bought | 1,100 | $43.9491 |
| 3/11/2015 | Bought | 200 | $43.9300 |
| 3/11/2015 | Bought | 200 | $43.9200 |
| 3/11/2015 | Bought | 200 | $43.9100 |
| 3/11/2015 | Bought | 200 | $43.9050 |
| 3/11/2015 | Bought | 100 | $43.9000 |
| 3/11/2015 | Bought | 200 | $43.3900 |
| 3/13/2015 | Bought | 1,100 | $43.5091 |
| 4/8/2015 | Sold | -600 | $35.8227 |
| 4/8/2015 | Sold | -100 | $35.7993 |
| 4/8/2015 | Sold | -14 | $35.7793 |
| 4/8/2015 | Sold | -1,786 | $35.7793 |
| 4/8/2015 | Sold | -779 | $36.1802 |
| 4/8/2015 | Sold | -200 | $36.1803 |
| 4/8/2015 | Sold | -121 | $36.1803 |
| 4/8/2015 | Sold | -114 | $36.1774 |
| 4/8/2015 | Sold | -486 | $36.1773 |
| 4/8/2015 | Sold | -14 | $36.1771 |
| 4/8/2015 | Sold | -86 | $36.1767 |
| 4/8/2015 | Sold | -200 | $36.1693 |
| 4/8/2015 | Sold | -214 | $36.1594 |
| 4/8/2015 | Sold | -686 | $36.1593 |
| 4/8/2015 | Sold | -300 | $36.1393 |
| 4/8/2015 | Sold | -14 | $36.1293 |
| 4/8/2015 | Sold | -969 | $36.1293 |
| 4/8/2015 | Sold | -300 | $35.9010 |
| 4/8/2015 | Sold | -31 | $35.8894 |
| 4/8/2015 | Sold | -69 | $35.8893 |

| Date | Action | Quantity | Price |
|------|--------|---------|-------|
| 4/8/2015 | Sold | -200 | $35.8793 |
| 4/9/2015 | Sold | -1,731 | $36.7443 |
| 4/9/2015 | Sold | -269 | $36.7443 |
| 4/9/2015 | Sold | -2,000 | $36.7943 |
| 4/27/2015 | Bought | 969 | $38.0067 |
| 4/27/2015 | Bought | 531 | $38.0067 |
| 4/27/2015 | Bought | 950 | $36.1605 |
| 4/27/2015 | Bought | 50 | $36.1300 |
| 4/27/2015 | Bought | 469 | $35.9161 |
| 4/27/2015 | Bought | 151 | $35.9161 |
| 4/30/2015 | Bought | 1,000 | $30.9100 |
| 5/8/2015 | Bought | 849 | $35.4267 |
| 5/8/2015 | Bought | 651 | $35.4267 |
| 5/8/2015 | Bought | 49 | $34.8100 |
| 10/14/2015 | Sold | -731 | $15.9148 |
| 10/14/2015 | Sold | -1,100 | $15.9148 |
| 10/14/2015 | Sold | -169 | $15.9148 |

**EXHIBIT F**

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Zafgen, Inc.. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Zafgen, Inc.. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

| | |
|---|---|
| **First name:** | Woon Soo |
| **Middle initial:** | |
| **Last name:** | Kim |
| **Entity:** | Dragon Gate Management Ltd. |
| **Title:** | Director, Owner |
| **Address:** | REDACTED |
| **City:** | |
| **State:** | |
| **Zip:** | |
| **Country:** | |
| **Facsimile:** | |
| **Phone:** | |
| **Email:** | |

Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | May 13, 2015 | 16120 | 31 |

7. I have not served as a representative party on behalf of a class under the federal security laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate: **YES**

**Certification for Woon Soo Kim (cont.)**

By clicking on the button below, I intend to sign and execute
this agreement and retain the Rosen Law Firm, P.A. to
proceed on Plaintiff's behalf, on a contingent fee basis.          **YES**

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic
Transactions Act as adopted by the various states and territories of the United States.

Date of signing: 10/16/2015



**EXHIBIT G**

**FIFO Loss Chart Report**

| | |
|---|---|
| | Class Period Beginning: 01/12/2015 |
| Terry Brennan (Zafgen) | Class Period End: 10/16/2015 |
| First-In First-Out("FIFO")Share Accounting Gain(Loss) Analysis | Lookback Period Beginning: 10/19/2015 |
| Security: 98885E103 | Lookback Period End: 12/19/2015 |
| Class Period: January 12,2015 - October 16,2015 | Days in Lookback Period: 61 |
| | Lookback Period Average Closing Price: $11.5781 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/19/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| **1A. Total** | | 0 | | | | | 0 | | $0.00 | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/19/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | 0 | | | | | 0 | | $0.00 | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/19/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | 0 | | | | | | | | | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/19/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| **2A. Total** | | 0 | | $0.00 | | | 0 | | $0.00 | 0 | $0.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/19/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/19/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B) ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| **2B. Total** | | **0** | | **$0.00** | | | **0** | | **$0.00** | **0** | **$0.00** |
| **2.C) ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| Purchase | 1/23/15 | 4,000.00 | $38.95 | $155,800.00 | | | | | | 4,000.00 | ($109,487.36) |
| Purchase | 1/28/15 | 100 | $40.83 | $4,083.00 | | | | | | 100 | ($2,925.18) |
| Purchase | 2/4/15 | 400 | $37.80 | $15,120.00 | | | | | | 400 | ($10,488.73) |
| Purchase | 3/23/15 | 500 | $44.39 | $22,195.00 | | | | | | 500 | ($16,405.92) |
| **2C. Total** | | **5,000.00** | | **$197,198.00** | | | **0** | | **$0.00** | **5,000.00** | **($139,307.21)** |
| Class Period Purchase Total | | 5,000.00 | | $197,198.00 | | | 0 | | $0.00 | 5,000.00 | ($139,307.21) |
| Grand Total | | 5,000.00 | | $197,198.00 | | | 0 | | $0.00 | 5,000.00 | |
| **Total FIFO Gain(Loss)** | | | | | | | | | | | **($139,307.21)** |

**Loss Calculation:**
1934 Act, Section 10(b).

**Retained Shares Calculation:**
Using Higher of Avg.Closing Price as of the date of sale or the Actual Sales Price.

**Share Matching:**
Using Match Same Day Transactions.

**Override Custodian Data:**
Using as reported by Custodian.

| | |
|---|---|
| | **LIFO Loss Chart Report** |

| | |
|---|---|
| | Class Period Beginning: 01/12/2015 |
| Terry Brennan (Zafgen) | Class Period End: 10/16/2015 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Lookback Period Beginning: 10/19/2015 |
| Security: 98885E103 | Lookback Period End: 12/18/2015 |
| Class Period: January 12,2015 - October 16,2015 | Days in Lookback Period: 60 |
| | Lookback Period Average Closing Price: $11.5781 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings :  0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| **1A. Total** | | 0 | | | | | 0 | | $0.00 | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | 0 | | | | | 0 | | $0.00 | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | 0 | | | | | | | | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| **2A. Total** | | 0 | | $0.00 | | | 0 | | $0.00 | 0 | $0.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B) ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| **2B. Total** | | **0** | | **$0.00** | | | **0** | | **$0.00** | **0** | **$0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C) ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| Purchase | 1/23/15 | 4,000.00 | $38.95 | $155,800.00 | | | | | | 4,000.00 | ($109,487.20) |
| Purchase | 1/28/15 | 100 | $40.83 | $4,083.00 | | | | | | 100 | ($2,925.18) |
| Purchase | 2/4/15 | 400 | $37.80 | $15,120.00 | | | | | | 400 | ($10,488.72) |
| Purchase | 3/23/15 | 500 | $44.39 | $22,195.00 | | | | | | 500 | ($16,405.90) |
| **2C. Total** | | **5,000.00** | | **$197,198.00** | | | **0** | | **$0.00** | **5,000.00** | **($139,307.00)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| Class Period Purchase Total | | 5,000.00 | | $197,198.00 | | | 0 | | $0.00 | 5,000.00 | ($139,307.00) |
| Grand Total | | 5,000.00 | | $197,198.00 | | | 0 | | $0.00 | 5,000.00 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **($139,307.00)** |

**Loss Calculation:**
1934 Act, Section 10(b).

**Retained Shares Calculation:**
Using Higher of Avg.Closing Price as of the date of sale or the Actual Sales Price.

**Share Matching:**
Using Match Same Day Transactions.

**Override Custodian Data:**
Using as reported by Custodian.

**EXHIBIT H**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Class Period Beginning: | | 01/12/2015 |
| Ron Kenner (Zafgen) | | | | | | | | Class Period End: | | 10/16/2015 |
| First-In First-Out("FIFO")Share Accounting Gain(Loss) Analysis | | | | | | | | Lookback Period Beginning: | | 10/19/2015 |
| Security: 98885E103 | | | | | | | | Lookback Period End: | | 12/19/2015 |
| Class Period: January 12,2015 - October 16,2015 | | | | | | | | Days in Lookback Period: | | 61 |
| | | | | | | | | Lookback Period Average Closing Price: | | $11.5781 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/19/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings :  0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| **1A. Total** | | 0 | | | | | 0 | | $0.00 | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/19/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | 0 | | | | | 0 | | $0.00 | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/19/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | 0 | | | | | | | | | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/19/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| Purchase | 3/17/15 | 127 | $45.00 | $5,715.00 | Sale | 04/23/2015 | 127 | $40.33 | $5,121.91 | 0 | ($593.09) |
| Purchase | 3/17/15 | 95 | $45.00 | $4,275.00 | Sale | 04/23/2015 | 95 | $40.00 | $3,800.00 | 0 | ($475.00) |
| Purchase | 3/23/15 | 333 | $45.00 | $14,985.00 | Sale | 04/23/2015 | 333 | $40.00 | $13,320.00 | 0 | ($1,665.00) |
| Purchase | 3/30/15 | 62 | $40.21 | $2,493.02 | Sale | 04/23/2015 | 62 | $40.00 | $2,480.00 | 0 | ($13.02) |
| Purchase | 4/1/15 | 65 | $37.97 | $2,468.05 | Sale | 04/23/2015 | 65 | $40.00 | $2,600.00 | 0 | $131.95 |
| Purchase | 4/1/15 | 115 | $38.00 | $4,370.00 | Sale | 04/23/2015 | 115 | $40.00 | $4,600.00 | 0 | $230.00 |
| Purchase | 4/1/15 | 139 | $38.00 | $5,282.00 | Sale | 06/23/2015 | 139 | $39.33 | $5,466.87 | 0 | $184.87 |
| Purchase | 4/1/15 | 74 | $38.00 | $2,812.00 | Sale | 06/23/2015 | 74 | $39.60 | $2,930.40 | 0 | $118.40 |
| Purchase | 4/7/15 | 70 | $35.48 | $2,483.60 | Sale | 06/23/2015 | 70 | $39.60 | $2,772.00 | 0 | $288.40 |
| Purchase | 4/7/15 | 102 | $36.50 | $3,723.00 | Sale | 06/23/2015 | 102 | $39.60 | $4,039.20 | 0 | $316.20 |
| Purchase | 4/7/15 | 240 | $36.50 | $8,760.00 | Sale | 06/23/2015 | 240 | $40.01 | $9,602.40 | 0 | $842.40 |
| Purchase | 4/8/15 | 200 | $36.47 | $7,294.00 | Sale | 06/23/2015 | 200 | $40.01 | $8,002.00 | 0 | $708.00 |
| Purchase | 4/17/15 | 304 | $35.39 | $10,758.56 | Sale | 06/23/2015 | 304 | $40.01 | $12,163.04 | 0 | $1,404.48 |
| Purchase | 4/17/15 | 204 | $35.39 | $7,219.56 | Sale | 06/24/2015 | 204 | $39.36 | $8,029.44 | 0 | $809.88 |
| Purchase | 4/17/15 | 142 | $35.31 | $5,014.02 | Sale | 06/24/2015 | 142 | $39.36 | $5,589.12 | 0 | $575.10 |
| Purchase | 4/20/15 | 141 | $35.37 | $4,987.17 | Sale | 06/24/2015 | 141 | $39.36 | $5,549.76 | 0 | $562.59 |
| Purchase | 4/27/15 | 144 | $36.12 | $5,201.28 | Sale | 06/24/2015 | 144 | $39.36 | $5,667.84 | 0 | $466.56 |
| Purchase | 4/27/15 | 272 | $36.12 | $9,824.64 | Sale | 07/15/2015 | 272 | $39.13 | $10,643.36 | 0 | $818.72 |
| Purchase | 4/27/15 | 208 | $36.19 | $7,527.52 | Sale | 07/15/2015 | 208 | $39.13 | $8,139.04 | 0 | $611.52 |
| Purchase | 4/27/15 | 744 | $36.00 | $26,784.00 | Sale | 07/15/2015 | 744 | $39.13 | $29,112.72 | 0 | $2,328.72 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/19/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/25/15 | 154 | $36.27 | $5,585.58 | Sale | 07/15/2015 | 154 | $39.13 | $6,026.02 | 0 | $440.44 |
| Purchase | 6/25/15 | 827 | $36.00 | $29,772.00 | Sale | 07/15/2015 | 827 | $39.13 | $32,360.51 | 0 | $2,588.51 |
| Purchase | 6/25/15 | 27 | $35.99 | $971.73 | Sale | 07/15/2015 | 27 | $39.13 | $1,056.51 | 0 | $84.78 |
| Purchase | 6/25/15 | 632 | $35.99 | $22,745.68 | Sale | 07/16/2015 | 632 | $39.50 | $24,964.00 | 0 | $2,218.32 |
| Purchase | 6/25/15 | 26 | $35.99 | $935.74 | Sale | 07/16/2015 | 26 | $39.48 | $1,026.48 | 0 | $90.74 |
| Purchase | 6/26/15 | 35 | $34.98 | $1,224.30 | Sale | 07/16/2015 | 35 | $39.48 | $1,381.80 | 0 | $157.50 |
| Purchase | 6/26/15 | 137 | $34.98 | $4,792.26 | Sale | 07/16/2015 | 137 | $39.48 | $5,408.76 | 0 | $616.50 |
| Purchase | 6/26/15 | 100 | $34.98 | $3,498.00 | Sale | 07/16/2015 | 100 | $39.48 | $3,948.00 | 0 | $450.00 |
| Purchase | 7/1/15 | 277 | $35.38 | $9,800.26 | Sale | 07/16/2015 | 277 | $39.48 | $10,935.96 | 0 | $1,135.70 |
| Purchase | 7/1/15 | 150 | $35.38 | $5,307.00 | Sale | 07/16/2015 | 150 | $39.51 | $5,926.50 | 0 | $619.50 |
| Purchase | 7/1/15 | 235 | $35.38 | $8,314.30 | Sale | 07/16/2015 | 235 | $39.51 | $9,284.85 | 0 | $970.55 |
| Purchase | 7/1/15 | 58 | $34.70 | $2,012.60 | Sale | 07/16/2015 | 58 | $39.51 | $2,291.58 | 0 | $278.98 |
| Purchase | 7/27/15 | 165 | $35.50 | $5,857.50 | Sale | 08/07/2015 | 165 | $37.53 | $6,192.45 | 0 | $334.95 |
| Purchase | 7/27/15 | 168 | $35.00 | $5,880.00 | Sale | 08/07/2015 | 168 | $37.53 | $6,305.04 | 0 | $425.04 |
| Purchase | 7/27/15 | 788 | $35.50 | $27,974.00 | Sale | 08/07/2015 | 788 | $37.53 | $29,573.64 | 0 | $1,599.64 |
| Purchase | 7/27/15 | 800 | $35.00 | $28,000.00 | Sale | 08/07/2015 | 800 | $37.53 | $30,024.00 | 0 | $2,024.00 |
| Purchase | 7/27/15 | 179 | $35.09 | $6,281.11 | Sale | 08/07/2015 | 179 | $37.53 | $6,717.87 | 0 | $436.76 |
| Purchase | 7/27/15 | 71 | $35.09 | $2,491.39 | Sale | 08/07/2015 | 71 | $37.52 | $2,663.92 | 0 | $172.53 |
| Purchase | 7/27/15 | 49 | $35.07 | $1,718.43 | Sale | 08/07/2015 | 49 | $37.52 | $1,838.48 | 0 | $120.05 |
| Purchase | 7/27/15 | 51 | $35.07 | $1,788.57 | Sale | 08/07/2015 | 51 | $37.52 | $1,913.52 | 0 | $124.95 |
| Purchase | 7/28/15 | 97 | $35.92 | $3,484.24 | Sale | 08/07/2015 | 97 | $37.52 | $3,639.44 | 0 | $155.20 |
| Purchase | 7/28/15 | 333 | $35.92 | $11,961.36 | Sale | 08/12/2015 | 333 | $36.70 | $12,221.10 | 0 | $259.74 |
| Purchase | 7/28/15 | 350 | $35.92 | $12,572.00 | Sale | 08/12/2015 | 350 | $36.44 | $12,754.00 | 0 | $182.00 |
| Purchase | 7/29/15 | 350 | $36.15 | $12,652.50 | Sale | 08/12/2015 | 350 | $36.44 | $12,754.00 | 0 | $101.50 |
| Purchase | 8/19/15 | 334 | $36.64 | $12,237.76 | Sale | 08/31/2015 | 334 | $37.50 | $12,525.00 | 0 | $287.24 |
| Purchase | 8/19/15 | 420 | $36.64 | $15,388.80 | Sale | 08/31/2015 | 420 | $37.57 | $15,779.40 | 0 | $390.60 |
| Purchase | 8/19/15 | 291 | $36.64 | $10,662.24 | Sale | 09/09/2015 | 291 | $38.39 | $11,171.49 | 0 | $509.25 |
| Purchase | 8/19/15 | 688 | $36.64 | $25,208.32 | Sale | 09/09/2015 | 688 | $39.00 | $26,832.00 | 0 | $1,623.68 |
| Purchase | 8/19/15 | 21 | $36.64 | $769.44 | Sale | 09/09/2015 | 21 | $38.54 | $809.34 | 0 | $39.90 |
| Purchase | 8/19/15 | 646 | $36.64 | $23,669.44 | Sale | 09/09/2015 | 646 | $38.51 | $24,877.46 | 0 | $1,208.02 |
| Purchase | 8/20/15 | 334 | $36.50 | $12,191.00 | Sale | 09/09/2015 | 334 | $38.51 | $12,862.34 | 0 | $671.34 |
| Purchase | 8/21/15 | 420 | $35.66 | $14,977.20 | Sale | 09/09/2015 | 420 | $38.51 | $16,174.20 | 0 | $1,197.00 |
| Purchase | 8/24/15 | 1,420.00 | $35.28 | $50,097.60 | Sale | 09/09/2015 | 1,420.00 | $38.51 | $54,684.20 | 0 | $4,586.60 |
| Purchase | 9/1/15 | 291 | $35.97 | $10,467.27 | Sale | 09/09/2015 | 291 | $38.51 | $11,206.41 | 0 | $739.14 |
| **2A. Total** | | **14,705.00** | | **$533,267.04** | | | **14,705.00** | | **$567,759.37** | **0** | **$34,492.33** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/19/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B) ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| Purchase | 9/25/15 | 4 | $36.00 | $144.00 | Sale | 10/19/2015 | 4 | $11.49 | $45.96 | 0 | ($98.04) |
| Purchase | 9/25/15 | 1,896.00 | $36.00 | $68,256.00 | Sale | 10/19/2015 | 1,896.00 | $11.49 | $21,785.04 | 0 | ($46,470.96) |
| Purchase | 9/29/15 | 952 | $31.00 | $29,512.00 | Sale | 10/19/2015 | 952 | $11.49 | $10,938.48 | 0 | ($18,573.52) |
| Purchase | 10/1/15 | 781 | $32.00 | $24,992.00 | Sale | 10/19/2015 | 781 | $11.49 | $8,973.69 | 0 | ($16,018.31) |
| Purchase | 10/2/15 | 323 | $31.05 | $10,029.15 | Sale | 10/19/2015 | 323 | $11.49 | $3,711.27 | 0 | ($6,317.88) |
| Purchase | 10/2/15 | 205 | $32.90 | $6,744.50 | Sale | 10/19/2015 | 205 | $11.49 | $2,355.45 | 0 | ($4,389.05) |
| Purchase | 10/8/15 | 80 | $32.71 | $2,616.80 | Sale | 10/19/2015 | 80 | $11.49 | $919.20 | 0 | ($1,697.60) |
| Purchase | 10/8/15 | 102 | $32.71 | $3,336.42 | Sale | 10/19/2015 | 102 | $11.49 | $1,171.98 | 0 | ($2,164.44) |
| Purchase | 10/8/15 | 190 | $32.89 | $6,249.10 | Sale | 10/19/2015 | 190 | $11.49 | $2,183.10 | 0 | ($4,066.00) |
| Purchase | 10/8/15 | 330 | $32.89 | $10,853.70 | Sale | 10/19/2015 | 330 | $11.49 | $3,791.70 | 0 | ($7,062.00) |
| Purchase | 10/8/15 | 70 | $32.58 | $2,280.60 | Sale | 10/19/2015 | 70 | $11.49 | $804.30 | 0 | ($1,476.30) |
| Purchase | 10/8/15 | 10 | $32.58 | $325.80 | Sale | 10/19/2015 | 10 | $11.49 | $114.90 | 0 | ($210.90) |
| Purchase | 10/8/15 | 528 | $32.58 | $17,202.24 | Sale | 10/19/2015 | 528 | $11.49 | $6,066.72 | 0 | ($11,135.52) |
| Purchase | 10/12/15 | 52 | $32.19 | $1,673.88 | Sale | 10/19/2015 | 52 | $11.49 | $597.48 | 0 | ($1,076.40) |
| Purchase | 10/12/15 | 205 | $32.19 | $6,598.95 | Sale | 10/29/2015 | 205 | $10.3433 | $2,120.37 | 0 | ($4,478.57) |
| **2B. Total** | | **5,728.00** | | **$190,815.14** | | | **5,728.00** | | **$65,579.64** | **0** | **($125,235.49)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/19/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C) ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| **2C. Total** | | **0** | | **$0.00** | | | **0** | | **$0.00** | **0** | **$0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/19/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| Class Period Purchase Total | | 20,433.00 | | $724,082.18 | | | 20,433.00 | | $633,339.01 | 0 | ($90,743.16) |
| Grand Total | | 20,433.00 | | $724,082.18 | | | 20,433.00 | | $630,021.07 | 0 | |
| **Total FIFO Gain(Loss)** | | | | | | | | | | | **($90,743.16)** |
| | | | | | | | | | | | |

**Loss Calculation:**
1934 Act, Section 10(b).

**Retained Shares Calculation:**
Using Higher of Avg.Closing Price as of the date of sale or the Actual Sales Price.

**Share Matching:**
Using Match Same Day Transactions.

**Override Custodian Data:**
Using as reported by Custodian.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **LIFO Loss Chart Report** | | | |

| | | |
|---|---|---|
| | Class Period Beginning: | 01/12/2015 |
| Ron Kenner (Zafgen) | Class Period End: | 10/16/2015 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Lookback Period Beginning: | 10/19/2015 |
| Security: 98885E103 | Lookback Period End: | 12/18/2015 |
| Class Period: January 12,2015 - October 16,2015 | Days in Lookback Period: | 60 |
| | Lookback Period Average Closing Price: | $11.5781 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| **1A. Total** | | 0 | | | | | 0 | | $0.00 | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | 0 | | | | | 0 | | $0.00 | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | 0 | | | | | | | | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| Purchase | 4/8/15 | 6 | $36.47 | $218.82 | Sale | 04/23/2015 | 6 | $40.00 | $240.00 | 0 | $21.18 |
| Purchase | 4/20/15 | 14 | $35.37 | $495.18 | Sale | 04/23/2015 | 14 | $40.00 | $560.00 | 0 | $64.82 |
| Purchase | 4/20/15 | 127 | $35.37 | $4,491.99 | Sale | 04/23/2015 | 127 | $40.33 | $5,121.91 | 0 | $629.92 |
| Purchase | 4/17/15 | 142 | $35.31 | $5,014.02 | Sale | 04/23/2015 | 142 | $40.00 | $5,680.00 | 0 | $665.98 |
| Purchase | 4/17/15 | 508 | $35.39 | $17,978.12 | Sale | 04/23/2015 | 508 | $40.00 | $20,320.00 | 0 | $2,341.88 |
| Purchase | 4/27/15 | 31 | $36.12 | $1,119.72 | Sale | 06/23/2015 | 31 | $40.01 | $1,240.31 | 0 | $120.59 |
| Purchase | 4/27/15 | 139 | $36.12 | $5,020.68 | Sale | 06/23/2015 | 139 | $39.33 | $5,466.87 | 0 | $446.19 |
| Purchase | 4/27/15 | 208 | $36.19 | $7,527.52 | Sale | 06/23/2015 | 208 | $40.01 | $8,322.08 | 0 | $794.56 |
| Purchase | 4/27/15 | 246 | $36.12 | $8,885.52 | Sale | 06/23/2015 | 246 | $39.60 | $9,741.60 | 0 | $856.08 |
| Purchase | 4/27/15 | 505 | $36.00 | $18,180.00 | Sale | 06/23/2015 | 505 | $40.01 | $20,205.05 | 0 | $2,025.05 |
| Purchase | 4/7/15 | 70 | $35.48 | $2,483.60 | Sale | 06/24/2015 | 70 | $39.36 | $2,755.20 | 0 | $271.60 |
| Purchase | 4/7/15 | 128 | $36.50 | $4,672.00 | Sale | 06/24/2015 | 128 | $39.36 | $5,038.08 | 0 | $366.08 |
| Purchase | 4/8/15 | 194 | $36.47 | $7,075.18 | Sale | 06/24/2015 | 194 | $39.36 | $7,635.84 | 0 | $560.66 |
| Purchase | 4/27/15 | 239 | $36.00 | $8,604.00 | Sale | 06/24/2015 | 239 | $39.36 | $9,407.04 | 0 | $803.04 |
| Purchase | 6/26/15 | 35 | $34.98 | $1,224.30 | Sale | 07/15/2015 | 35 | $39.13 | $1,369.55 | 0 | $145.25 |
| Purchase | 7/1/15 | 58 | $34.70 | $2,012.60 | Sale | 07/15/2015 | 58 | $39.13 | $2,269.54 | 0 | $256.94 |
| Purchase | 6/26/15 | 100 | $34.98 | $3,498.00 | Sale | 07/15/2015 | 100 | $39.13 | $3,913.00 | 0 | $415.00 |
| Purchase | 6/25/15 | 154 | $36.27 | $5,585.58 | Sale | 07/15/2015 | 154 | $39.13 | $6,026.02 | 0 | $440.44 |
| Purchase | 6/26/15 | 137 | $34.98 | $4,792.26 | Sale | 07/15/2015 | 137 | $39.13 | $5,360.81 | 0 | $568.55 |
| Purchase | 6/25/15 | 259 | $35.99 | $9,321.41 | Sale | 07/15/2015 | 259 | $39.13 | $10,134.67 | 0 | $813.26 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/1/15 | 662 | $35.38 | $23,421.56 | Sale | 07/15/2015 | 662 | $39.13 | $25,904.06 | 0 | $2,482.50 |
| Purchase | 6/25/15 | 827 | $36.00 | $29,772.00 | Sale | 07/15/2015 | 827 | $39.13 | $32,360.51 | 0 | $2,588.51 |
| Purchase | 3/17/15 | 222 | $45.00 | $9,990.00 | Sale | 07/16/2015 | 222 | $39.51 | $8,771.22 | 0 | ($1,218.78) |
| Purchase | 3/23/15 | 150 | $45.00 | $6,750.00 | Sale | 07/16/2015 | 150 | $39.51 | $5,926.50 | 0 | ($823.50) |
| Purchase | 3/23/15 | 112 | $45.00 | $5,040.00 | Sale | 07/16/2015 | 112 | $39.48 | $4,421.76 | 0 | ($618.24) |
| Purchase | 3/23/15 | 71 | $45.00 | $3,195.00 | Sale | 07/16/2015 | 71 | $39.51 | $2,805.21 | 0 | ($389.79) |
| Purchase | 3/30/15 | 62 | $40.21 | $2,493.02 | Sale | 07/16/2015 | 62 | $39.48 | $2,447.76 | 0 | ($45.26) |
| Purchase | 4/7/15 | 8 | $36.50 | $292.00 | Sale | 07/16/2015 | 8 | $39.48 | $315.84 | 0 | $23.84 |
| Purchase | 4/1/15 | 65 | $37.97 | $2,468.05 | Sale | 07/16/2015 | 65 | $39.48 | $2,566.20 | 0 | $98.15 |
| Purchase | 4/1/15 | 328 | $38.00 | $12,464.00 | Sale | 07/16/2015 | 328 | $39.48 | $12,949.44 | 0 | $485.44 |
| Purchase | 4/7/15 | 206 | $36.50 | $7,519.00 | Sale | 07/16/2015 | 206 | $39.50 | $8,137.00 | 0 | $618.00 |
| Purchase | 6/25/15 | 426 | $35.99 | $15,331.74 | Sale | 07/16/2015 | 426 | $39.50 | $16,827.00 | 0 | $1,495.26 |
| Purchase | 7/27/15 | 31 | $35.50 | $1,100.50 | Sale | 08/07/2015 | 31 | $37.52 | $1,163.12 | 0 | $62.62 |
| Purchase | 7/27/15 | 120 | $35.50 | $4,260.00 | Sale | 08/07/2015 | 120 | $37.52 | $4,502.40 | 0 | $242.40 |
| Purchase | 7/27/15 | 117 | $35.00 | $4,095.00 | Sale | 08/07/2015 | 117 | $37.52 | $4,389.84 | 0 | $294.84 |
| Purchase | 7/27/15 | 165 | $35.50 | $5,857.50 | Sale | 08/07/2015 | 165 | $37.53 | $6,192.45 | 0 | $334.95 |
| Purchase | 7/27/15 | 168 | $35.00 | $5,880.00 | Sale | 08/07/2015 | 168 | $37.53 | $6,305.04 | 0 | $425.04 |
| Purchase | 7/29/15 | 350 | $36.15 | $12,652.50 | Sale | 08/07/2015 | 350 | $37.53 | $13,135.50 | 0 | $483.00 |
| Purchase | 7/28/15 | 780 | $35.92 | $28,017.60 | Sale | 08/07/2015 | 780 | $37.53 | $29,273.40 | 0 | $1,255.80 |
| Purchase | 7/27/15 | 637 | $35.50 | $22,613.50 | Sale | 08/07/2015 | 637 | $37.53 | $23,906.61 | 0 | $1,293.11 |
| Purchase | 7/27/15 | 100 | $35.07 | $3,507.00 | Sale | 08/12/2015 | 100 | $36.44 | $3,644.00 | 0 | $137.00 |
| Purchase | 7/27/15 | 250 | $35.09 | $8,772.50 | Sale | 08/12/2015 | 250 | $36.44 | $9,110.00 | 0 | $337.50 |
| Purchase | 7/27/15 | 350 | $35.00 | $12,250.00 | Sale | 08/12/2015 | 350 | $36.44 | $12,754.00 | 0 | $504.00 |
| Purchase | 7/27/15 | 333 | $35.00 | $11,655.00 | Sale | 08/12/2015 | 333 | $36.70 | $12,221.10 | 0 | $566.10 |
| Purchase | 8/24/15 | 334 | $35.28 | $11,783.52 | Sale | 08/31/2015 | 334 | $37.50 | $12,525.00 | 0 | $741.48 |
| Purchase | 8/24/15 | 420 | $35.28 | $14,817.60 | Sale | 08/31/2015 | 420 | $37.57 | $15,779.40 | 0 | $961.80 |
| Purchase | 9/1/15 | 291 | $35.97 | $10,467.27 | Sale | 09/08/2015 | 291 | $38.39 | $11,171.49 | 0 | $704.22 |
| Purchase | 8/21/15 | 21 | $35.66 | $748.86 | Sale | 09/09/2015 | 21 | $38.54 | $809.34 | 0 | $60.48 |
| Purchase | 8/21/15 | 22 | $35.66 | $784.52 | Sale | 09/09/2015 | 22 | $39.00 | $858.00 | 0 | $73.48 |
| Purchase | 8/20/15 | 334 | $36.50 | $12,191.00 | Sale | 09/09/2015 | 334 | $38.51 | $12,862.34 | 0 | $671.34 |
| Purchase | 8/21/15 | 377 | $35.66 | $13,443.82 | Sale | 09/09/2015 | 377 | $38.51 | $14,518.27 | 0 | $1,074.45 |
| Purchase | 8/24/15 | 666 | $35.28 | $23,496.48 | Sale | 09/09/2015 | 666 | $39.00 | $25,974.00 | 0 | $2,477.52 |
| Purchase | 8/19/15 | 2,400.00 | $36.64 | $87,936.00 | Sale | 09/09/2015 | 2,400.00 | $38.51 | $92,424.00 | 0 | $4,488.00 |
| **2A. Total** | | **14,705.00** | | **$533,267.04** | | | **14,705.00** | | **$567,759.37** | **0** | **$34,492.33** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|

**2.B) ClassPeriod Purchases Sold During Lookback Period**

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 9/29/15 | 952 | $31.00 | $29,512.00 | Sale | 10/19/2015 | 952 | $11.49 | $10,938.48 | 0 | ($18,573.52) |
| Purchase | 10/1/15 | 781 | $32.00 | $24,992.00 | Sale | 10/19/2015 | 781 | $11.49 | $8,973.69 | 0 | ($16,018.31) |
| Purchase | 9/25/15 | 580 | $36.00 | $20,880.00 | Sale | 10/19/2015 | 580 | $11.49 | $6,664.20 | 0 | ($14,215.80) |
| Purchase | 10/8/15 | 608 | $32.58 | $19,808.64 | Sale | 10/19/2015 | 608 | $11.49 | $6,985.92 | 0 | ($12,822.72) |
| Purchase | 10/8/15 | 520 | $32.89 | $17,102.80 | Sale | 10/19/2015 | 520 | $11.49 | $5,974.80 | 0 | ($11,128.00) |
| Purchase | 9/25/15 | 413 | $36.00 | $14,868.00 | Sale | 10/19/2015 | 413 | $11.49 | $4,745.37 | 0 | ($10,122.63) |
| Purchase | 9/25/15 | 400 | $36.00 | $14,400.00 | Sale | 10/19/2015 | 400 | $11.49 | $4,596.00 | 0 | ($9,804.00) |
| Purchase | 9/25/15 | 292 | $36.00 | $10,512.00 | Sale | 10/19/2015 | 292 | $11.49 | $3,355.08 | 0 | ($7,156.92) |
| Purchase | 10/2/15 | 323 | $31.05 | $10,029.15 | Sale | 10/19/2015 | 323 | $11.49 | $3,711.27 | 0 | ($6,317.88) |
| Purchase | 10/12/15 | 253 | $32.19 | $8,144.07 | Sale | 10/19/2015 | 253 | $11.49 | $2,906.97 | 0 | ($5,237.10) |
| Purchase | 10/2/15 | 205 | $32.90 | $6,744.50 | Sale | 10/19/2015 | 205 | $11.49 | $2,355.45 | 0 | ($4,389.05) |
| Purchase | 10/8/15 | 182 | $32.71 | $5,953.22 | Sale | 10/19/2015 | 182 | $11.49 | $2,091.18 | 0 | ($3,862.04) |
| Purchase | 9/25/15 | 10 | $36.00 | $360.00 | Sale | 10/19/2015 | 10 | $11.49 | $114.90 | 0 | ($245.10) |
| Purchase | 10/12/15 | 4 | $32.19 | $128.76 | Sale | 10/19/2015 | 4 | $11.49 | $45.96 | 0 | ($82.80) |
| Purchase | 9/25/15 | 205 | $36.00 | $7,380.00 | Sale | 10/29/2015 | 205 | $10.3433 | $2,120.38 | 0 | ($5,259.62) |
| **2B. Total** | | **5,728.00** | | **$190,815.14** | | | **5,728.00** | | **$65,579.65** | **0** | **($125,235.49)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|

**2.C) ClassPeriod Purchases Held at the End of Lookback Period**

| **2C. Total** | | **0** | | **$0.00** | | | **0** | | **$0.00** | **0** | **$0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| Class Period Purchase Total | | 20,433.00 | | $724,082.18 | | | 20,433.00 | | $633,339.02 | 0 | ($90,743.16) |
| Grand Total | | 20,433.00 | | $724,082.18 | | | 14,705.00 | | $567,759.37 | 0 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **($90,743.16)** |
| | | | | | | | | | | | |

**Loss Calculation:**
1934 Act, Section 10(b).

**Retained Shares Calculation:**
Using Higher of Avg.Closing Price as of the date of sale or the Actual Sales Price.

**Share Matching:**
Using Match Same Day Transactions.

**Override Custodian Data:**
Using as reported by Custodian.

**EXHIBIT I**

| | | | |
|---|---|---|---|
| | Class Period Beginning: | 01/12/2015 |
| Kevin Koziatek (Zafgen) | Class Period End: | 10/16/2015 |
| First-In First-Out("FIFO")Share Accounting Gain(Loss) Analysis | Lookback Period Beginning: | 10/19/2015 |
| Security: 98885E103 | Lookback Period End: | 12/19/2015 |
| Class Period: January 12,2015 - October 16,2015 | Days in Lookback Period: 61 |
| | Lookback Period Average Closing Price: $11.5781 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/19/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| **1A. Total** | | 0 | | | | | 0 | | $0.00 | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/19/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | 0 | | | | | 0 | | $0.00 | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/19/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | 0 | | | | | | | | | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/19/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| **2A. Total** | | 0 | | $0.00 | | | 0 | | $0.00 | 0 | $0.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | @12/19/15 | |

**2.B) ClassPeriod Purchases Sold During Lookback Period**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **2B. Total** | | **0** | | **$0.00** | | **0** | | **$0.00** | **0** | **$0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/19/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|

**2.C) ClassPeriod Purchases Held at the End of Lookback Period**

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/27/15 | 1,000.00 | $40.17 | $40,170.00 | | | | | | 1,000.00 | ($28,591.84) |
| Purchase | 3/27/15 | 1,000.00 | $40.51 | $40,510.00 | | | | | | 1,000.00 | ($28,931.84) |
| Purchase | 3/30/15 | 500 | $40.40 | $20,200.00 | | | | | | 500 | ($14,410.92) |
| Purchase | 3/30/15 | 500 | $40.44 | $20,220.00 | | | | | | 500 | ($14,430.92) |
| Purchase | 9/23/15 | 1,000.00 | $44.75 | $44,750.00 | | | | | | 1,000.00 | ($33,171.84) |
| Purchase | 9/23/15 | 1,000.00 | $40.98 | $40,980.00 | | | | | | 1,000.00 | ($29,401.84) |
| **2C. Total** | | **5,000.00** | | **$206,830.00** | | | **0** | | **$0.00** | **5,000.00** | **($148,939.21)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/19/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| Class Period Purchase Total | | 5,000.00 | | $206,830.00 | | | 0 | | $0.00 | 5,000.00 | ($148,939.21) |
| Grand Total | | 5,000.00 | | $206,830.00 | | | 0 | | $0.00 | 5,000.00 | |
| **Total FIFO Gain(Loss)** | | | | | | | | | | | **($148,939.21)** |

**Loss Calculation:**
1934 Act, Section 10(b).

**Retained Shares Calculation:**
Using Higher of Avg.Closing Price as of the date of sale or the Actual Sales Price.

**Share Matching:**
Using Match Same Day Transactions.

**Override Custodian Data:**
Using as reported by Custodian.

| | |
|---|---|
| Kevin Koziatek (Zafgen) | Class Period Beginning: 01/12/2015 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Class Period End: 10/16/2015 |
| Security: 98885E103 | Lookback Period Beginning: 10/19/2015 |
| Class Period: January 12,2015 - October 16,2015 | Lookback Period End: 12/18/2015 |
| | Days in Lookback Period: 60 |
| | Lookback Period Average Closing Price: $11.5781 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| **1A. Total** | | 0 | | | | | 0 | | $0.00 | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | 0 | | | | | 0 | | $0.00 | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | 0 | | | | | | | | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| **2A. Total** | | 0 | | $0.00 | | | 0 | | $0.00 | 0 | $0.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | @12/18/15 | |
|---|---|---|---|---|---|---|---|---|---|---|

**2.B) ClassPeriod Purchases Sold During Lookback Period**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **2B. Total** | | **0** | | **$0.00** | | **0** | | **$0.00** | **0** | **$0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|

**2.C) ClassPeriod Purchases Held at the End of Lookback Period**

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/30/15 | 500 | $40.40 | $20,200.00 | | | | | | 500 | ($14,410.90) |
| Purchase | 3/30/15 | 500 | $40.44 | $20,220.00 | | | | | | 500 | ($14,430.90) |
| Purchase | 9/23/15 | 1,000.00 | $44.75 | $44,750.00 | | | | | | 1,000.00 | ($33,171.80) |
| Purchase | 9/23/15 | 1,000.00 | $40.98 | $40,980.00 | | | | | | 1,000.00 | ($29,401.80) |
| Purchase | 3/27/15 | 1,000.00 | $40.17 | $40,170.00 | | | | | | 1,000.00 | ($28,591.80) |
| Purchase | 3/27/15 | 1,000.00 | $40.51 | $40,510.00 | | | | | | 1,000.00 | ($28,931.80) |
| **2C. Total** | | **5,000.00** | | **$206,830.00** | | | **0** | | **$0.00** | **5,000.00** | **($148,939.00)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @12/18/15 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| Class Period Purchase Total | | 5,000.00 | | $206,830.00 | | | 0 | | $0.00 | 5,000.00 | ($148,939.00) |
| Grand Total | | 5,000.00 | | $206,830.00 | | | 0 | | $0.00 | 5,000.00 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **($148,939.00)** |

**Loss Calculation:**
1934 Act, Section 10(b).

**Retained Shares Calculation:**
Using Higher of Avg.Closing Price as of the date of sale or the Actual Sales Price.

**Share Matching:**
Using Match Same Day Transactions.

**Override Custodian Data:**
Using as reported by Custodian.

**EXHIBIT J**

# Loss Chart

| | |
|---|---|
| **Company Name:** | Zafgen |
| **Ticker:** | ZFGN |
| **Class Period:** | Jan 12, 2015 to Oct 16, 2015 |
| **Name:** | Vincent Rampe |
| **Opening position:** | 8,350 shares |

## FIFO

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/27/2015 | 969 | $38.7677 | -$37,565.8916 | | $0.0000 | -$37,565.89 |
| 2/27/2015 | 300 | $38.7677 | -$11,630.3010 | | $0.0000 | -$11,630.30 |
| 2/27/2015 | 31 | $38.7677 | -$1,201.7999 | | $0.0000 | -$1,201.80 |
| 3/9/2015 | 2,000 | $41.2549 | -$82,509.7900 | | $0.0000 | -$82,509.79 |
| 3/11/2015 | 3,000 | $44.4632 | -$133,389.6900 | | $0.0000 | -$133,389.69 |
| 3/11/2015 | 1,100 | $43.9491 | -$48,343.9900 | | $0.0000 | -$48,343.99 |
| 3/11/2015 | 200 | $43.9300 | -$8,786.0000 | | $0.0000 | -$8,786.00 |
| 3/11/2015 | 200 | $43.9200 | -$8,784.0000 | | $0.0000 | -$8,784.00 |
| 3/11/2015 | 200 | $43.9100 | -$8,782.0000 | | $0.0000 | -$8,782.00 |
| 3/11/2015 | 200 | $43.9050 | -$8,781.0000 | | $0.0000 | -$8,781.00 |
| 3/11/2015 | 100 | $43.9000 | -$4,390.0000 | | $0.0000 | -$4,390.00 |
| 3/11/2015 | 200 | $43.3900 | -$8,677.9900 | | $0.0000 | -$8,677.99 |
| 3/13/2015 | 1,100 | $43.5091 | -$47,859.9900 | | $0.0000 | -$47,859.99 |
| 4/8/2015 | -969 | | $0.0000 | $36.1293 | $35,009.3208 | $35,009.32 |
| 4/8/2015 | -300 | | $0.0000 | $35.9010 | $10,770.3090 | $10,770.31 |
| 4/8/2015 | -31 | | $0.0000 | $35.8894 | $1,112.5699 | $1,112.57 |
| 4/8/2015 | -69 | | $0.0000 | $35.8893 | $2,476.3603 | $2,476.36 |
| 4/8/2015 | -200 | | $0.0000 | $35.8793 | $7,175.8600 | $7,175.86 |
| 4/9/2015 | -1,731 | | $0.0000 | $36.7443 | $63,604.4352 | $63,604.44 |
| 4/9/2015 | -269 | | $0.0000 | $36.7443 | $9,884.2194 | $9,884.22 |
| 4/9/2015 | -2,000 | | $0.0000 | $36.7943 | $73,588.6600 | $73,588.66 |
| 4/27/2015 | 969 | $38.0067 | -$36,828.4535 | | $0.0000 | -$36,828.45 |
| 4/27/2015 | 531 | $38.0067 | -$20,181.5418 | | $0.0000 | -$20,181.54 |
| 4/27/2015 | 950 | $36.1605 | -$34,352.4940 | | $0.0000 | -$34,352.49 |
| 4/27/2015 | 50 | $36.1300 | -$1,806.5000 | | $0.0000 | -$1,806.50 |
| 4/27/2015 | 469 | $35.9161 | -$16,844.6603 | | $0.0000 | -$16,844.66 |
| 4/27/2015 | 151 | $35.9161 | -$5,423.3296 | | $0.0000 | -$5,423.33 |
| 4/30/2015 | 1,000 | $30.9100 | -$30,909.9900 | | $0.0000 | -$30,909.99 |
| 5/8/2015 | 849 | $35.4267 | -$30,077.2259 | | $0.0000 | -$30,077.23 |
| 5/8/2015 | 651 | $35.4267 | -$23,062.7622 | | $0.0000 | -$23,062.76 |
| 5/8/2015 | 49 | $34.8100 | -$1,705.6900 | | $0.0000 | -$1,705.69 |
| 10/14/2015 | -731 | | $0.0000 | $15.9148 | $11,633.7334 | $11,633.73 |
| 10/14/2015 | -1,100 | | $0.0000 | $15.9148 | $17,506.2910 | $17,506.29 |
| 10/14/2015 | -169 | | $0.0000 | $15.9148 | $2,689.5995 | $2,689.60 |
| 10/20/2015 | -31 | | $0.0000 | $11.0432 | $342.3401 | $342.34 |
| 10/20/2015 | -200 | | $0.0000 | $11.0432 | $2,208.6200 | $2,208.62 |
| 10/20/2015 | -200 | | $0.0000 | $11.0432 | $2,208.6300 | $2,208.63 |
| 10/20/2015 | -200 | | $0.0000 | $11.0432 | $2,208.6300 | $2,208.63 |
| 10/20/2015 | -100 | | $0.0000 | $11.0431 | $1,104.3100 | $1,104.31 |
| 10/20/2015 | -200 | | $0.0000 | $11.0432 | $2,208.6300 | $2,208.63 |
| 10/20/2015 | -569 | | $0.0000 | $11.0431 | $6,283.5410 | $6,283.54 |
| 10/26/2015 | -531 | | $0.0000 | $10.7257 | $5,695.3520 | $5,695.35 |
| 10/26/2015 | -969 | | $0.0000 | $10.7257 | $10,393.2130 | $10,393.21 |
| 10/26/2015 | -531 | | $0.0000 | $10.7257 | $5,695.3520 | $5,695.35 |
| 10/26/2015 | -950 | | $0.0000 | $10.7257 | $10,189.4245 | $10,189.42 |
| 10/26/2015 | -50 | | $0.0000 | $10.7257 | $536.2855 | $536.29 |
| 10/26/2015 | -469 | | $0.0000 | $10.7257 | $5,030.3580 | $5,030.36 |
| 10/26/2015 | -151 | | $0.0000 | $10.7257 | $1,619.5822 | $1,619.58 |
| 10/26/2015 | -1,000 | | $0.0000 | $10.7257 | $10,725.7100 | $10,725.71 |
| 10/26/2015 | -849 | | $0.0000 | $10.7257 | $9,106.1278 | $9,106.13 |
| 11/13/2015 | -651 | | $0.0000 | $13.4855 | $8,779.0410 | $8,779.04 |
| 11/13/2015 | -49 | | $0.0000 | $13.4855 | $660.7900 | $660.79 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **0** | | | | **Subtotal:** | **-$291,447.79** |
| **As of Date:** | 12/18/2015 | | | **Shares Remaining** | **90-Day Average:** | $0.00 |
| | | | | 0 | **Total:** | **-$291,447.79** |

Post-class period sales valued using the greater of: (i) the average closing price between the end of the class period and the sales date or (ii) the actual sales price.

# Loss Chart

| | |
|---|---|
| **Company Name:** | Zafgen |
| **Ticker:** | ZFGN |
| **Class Period:** | Jan 12, 2015 to Oct 16, 2015 |
| **Name:** | Vincent Rampe |
| **Opening position:** | 8,350 shares |

## LIFO

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|------|--------|--------------|--------------|------------|------------|---------|
| 2/27/2015 | 969 | $38.7677 | -$37,565.8916 | | $0.0000 | -$37,565.89 |
| 2/27/2015 | 300 | $38.7677 | -$11,630.3010 | | $0.0000 | -$11,630.30 |
| 2/27/2015 | 31 | $38.7677 | -$1,201.7999 | | $0.0000 | -$1,201.80 |
| 3/9/2015 | 2,000 | $41.2549 | -$82,509.7900 | | $0.0000 | -$82,509.79 |
| 3/11/2015 | 3,000 | $44.4632 | -$133,389.6900 | | $0.0000 | -$133,389.69 |
| 3/11/2015 | 1,100 | $43.9491 | -$48,343.9900 | | $0.0000 | -$48,343.99 |
| 3/11/2015 | 200 | $43.9300 | -$8,786.0000 | | $0.0000 | -$8,786.00 |
| 3/11/2015 | 200 | $43.9200 | -$8,784.0000 | | $0.0000 | -$8,784.00 |
| 3/11/2015 | 200 | $43.9100 | -$8,782.0000 | | $0.0000 | -$8,782.00 |
| 3/11/2015 | 200 | $43.9050 | -$8,781.0000 | | $0.0000 | -$8,781.00 |
| 3/11/2015 | 100 | $43.9000 | -$4,390.0000 | | $0.0000 | -$4,390.00 |
| 3/11/2015 | 200 | $43.3900 | -$8,677.9900 | | $0.0000 | -$8,677.99 |
| 3/13/2015 | 1,100 | $43.5091 | -$47,859.9900 | | $0.0000 | -$47,859.99 |
| 4/8/2015 | -600 | | $0.0000 | $35.8227 | $21,493.6080 | $21,493.61 |
| 4/8/2015 | -100 | | $0.0000 | $35.7993 | $3,579.9300 | $3,579.93 |
| 4/8/2015 | -14 | | $0.0000 | $35.7793 | $500.9101 | $500.91 |
| 4/8/2015 | -1,786 | | $0.0000 | $35.7793 | $63,901.9012 | $63,901.90 |
| 4/8/2015 | -779 | | $0.0000 | $36.1802 | $28,184.4070 | $28,184.41 |
| 4/8/2015 | -200 | | $0.0000 | $36.1803 | $7,236.0500 | $7,236.05 |
| 4/8/2015 | -121 | | $0.0000 | $36.1803 | $4,377.8103 | $4,377.81 |
| 4/8/2015 | -114 | | $0.0000 | $36.1774 | $4,124.2202 | $4,124.22 |
| 4/8/2015 | -486 | | $0.0000 | $36.1773 | $17,582.1824 | $17,582.18 |
| 4/8/2015 | -14 | | $0.0000 | $36.1771 | $506.4800 | $506.48 |
| 4/8/2015 | -86 | | $0.0000 | $36.1767 | $3,111.1996 | $3,111.20 |
| 4/8/2015 | -200 | | $0.0000 | $36.1693 | $7,233.8600 | $7,233.86 |
| 4/8/2015 | -214 | | $0.0000 | $36.1594 | $7,738.1009 | $7,738.10 |
| 4/8/2015 | -686 | | $0.0000 | $36.1593 | $24,805.3004 | $24,805.30 |
| 4/8/2015 | -300 | | $0.0000 | $36.1393 | $10,841.7990 | $10,841.80 |
| 4/8/2015 | -14 | | $0.0000 | $36.1293 | $505.8101 | $505.81 |
| 4/8/2015 | -969 | | $0.0000 | $36.1293 | $35,009.3208 | $35,009.32 |
| 4/8/2015 | -300 | | $0.0000 | $35.9010 | $10,770.3090 | $10,770.31 |
| 4/8/2015 | -31 | | $0.0000 | $35.8894 | $1,112.5699 | $1,112.57 |
| 4/8/2015 | -69 | | $0.0000 | $35.8893 | $2,476.3603 | $2,476.36 |
| 4/8/2015 | -200 | | $0.0000 | $35.8793 | $7,175.8600 | $7,175.86 |
| 4/9/2015 | -1,731 | | $0.0000 | $36.7443 | $63,604.4352 | $63,604.44 |
| 4/9/2015 | -269 | | $0.0000 | $36.7443 | $9,884.2194 | $9,884.22 |
| 4/9/2015 | -317 | | $0.0000 | $36.7943 | $11,663.8026 | $11,663.80 |
| 4/27/2015 | 969 | $38.0067 | -$36,828.4535 | | $0.0000 | -$36,828.45 |
| 4/27/2015 | 531 | $38.0067 | -$20,181.5418 | | $0.0000 | -$20,181.54 |
| 4/27/2015 | 950 | $36.1605 | -$34,352.4940 | | $0.0000 | -$34,352.49 |
| 4/27/2015 | 50 | $36.1300 | -$1,806.5000 | | $0.0000 | -$1,806.50 |
| 4/27/2015 | 469 | $35.9161 | -$16,844.6603 | | $0.0000 | -$16,844.66 |
| 4/27/2015 | 151 | $35.9161 | -$5,423.3296 | | $0.0000 | -$5,423.33 |
| 4/30/2015 | 1,000 | $30.9100 | -$30,909.9900 | | $0.0000 | -$30,909.99 |
| 5/8/2015 | 849 | $35.4267 | -$30,077.2259 | | $0.0000 | -$30,077.23 |
| 5/8/2015 | 651 | $35.4267 | -$23,062.7622 | | $0.0000 | -$23,062.76 |
| 5/8/2015 | 49 | $34.8100 | -$1,705.6900 | | $0.0000 | -$1,705.69 |
| 10/14/2015 | -731 | | $0.0000 | $15.9148 | $11,633.7334 | $11,633.73 |
| 10/14/2015 | -1,100 | | $0.0000 | $15.9148 | $17,506.2910 | $17,506.29 |
| 10/14/2015 | -169 | | $0.0000 | $15.9148 | $2,689.5995 | $2,689.60 |
| 10/20/2015 | -31 | | $0.0000 | $11.0432 | $342.3401 | $342.34 |
| 10/20/2015 | -200 | | $0.0000 | $11.0431 | $2,208.6200 | $2,208.62 |
| 10/20/2015 | -200 | | $0.0000 | $11.0432 | $2,208.6300 | $2,208.63 |
| 10/20/2015 | -200 | | $0.0000 | $11.0432 | $2,208.6300 | $2,208.63 |
| 10/20/2015 | -100 | | $0.0000 | $11.0431 | $1,104.3100 | $1,104.31 |
| 10/20/2015 | -200 | | $0.0000 | $11.0432 | $2,208.6300 | $2,208.63 |
| 10/20/2015 | -569 | | $0.0000 | $11.0431 | $6,283.5410 | $6,283.54 |
| 10/26/2015 | -531 | | $0.0000 | $10.7257 | $5,695.3520 | $5,695.35 |
| 10/26/2015 | -969 | | $0.0000 | $10.7257 | $10,393.2130 | $10,393.21 |
| 10/26/2015 | -531 | | $0.0000 | $10.7257 | $5,695.3520 | $5,695.35 |
| 10/26/2015 | -138 | | $0.0000 | $10.7257 | $1,480.1480 | $1,480.15 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **0** | | | | **Subtotal:** | **-$192,816.25** |
| **As of Date:** | 12/18/2015 | | | **Shares Remaining** | **90-Day Average:** | $0.00 |
| | | | | 0 | **Total:** | **-$192,816.25** |

Post-class period sales valued using the greater of: (i) the average closing price between the end of the class period and the sales date or (ii) the actual sales price.

**EXHIBIT K**

# Zafgen Loss Chart

| Name | Date Purchased | Qty | Price per share | Total | Date Sold | Qty | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dragon Gate Management Ltd. | May-15 | 16,120 | ($31.00) | ($499,720.00) | | | | | 16,120 | ($11.28) $181,813.94 | 11.27878049 ($317,906.06) |

**EXHIBIT L**

Block & Leviton LLP is a litigation firm with expertise in securities, antitrust, consumer protection and employment law. Our attorneys, who have successfully recovered over $1.4 billion for our clients and class members, have a proven track record of prevailing under adverse conditions, including obtaining recoveries involving bankrupt companies and foreign-based corporations. The attorneys of Block & Leviton have been appointed lead or co-lead counsel in dozens of cases and are currently litigating a number of high profile matters, including *In re BP Securities Litig.*, case no. 4:10-MD-02185, (S.D. Tex.), *In re: Domestic Drywall Antitrust Litigation*, case no. 13-cv-00382 (E.D.Pa.) and *In re Onyx Pharmaceuticals Inc. Shareholder Litigation*, case no. CIV523789 (Cal. Sup. Ct.).

As a result of the Firm's successful and vibrant practice, Block & Leviton has been able to attract extremely talented, highly experienced attorneys, and indeed has more than doubled the number of full-time attorneys since the Firm's inception in late 2011. As discussed in more detail below, the majority of the attorneys at Block & Leviton have significant litigation experience, with a primary focus in securities and antitrust class action litigation. This level of expertise and experience has enabled the Firm to secure substantial victories on behalf of our clients. For example, the Firm was appointed co-lead counsel in *In re Google, Inc. Class C Shareholder Litigation*, case no. 7469-CS (Del. Ch. Ct.), representing the City of Brockton Retirement System. The action challenged Google's plan to issue a new class of non-voting stock that would have had the effect of entrenching Google's founders. In June 2013, just two days before the start of trial, the action settled for significant corporate governance changes to protect Google's minority shareholders and a payment ladder valued at up to $7.5 billion, which was designed to protect shareholders against any diminution in the value of their shares during the first year of trading. As a result of the payment ladder, shareholders ultimately recovered $522 million in cash and stock in May 2015.

The Firm's success is built on a deep understanding of the tools and resources necessary to litigate a complex class action. For example, the Firm works with a number of private investigators to investigate potential claims of wrongdoing. This is essential because the foundation for numerous actions relies on information provided by former employees of the company and other relevant third-parties. Moreover, the Firm has a number of forensic accountants with whom it has developed close working relationships and who assist the Firm in evaluating complex accounting transactions. Finally, the Firm has the resources and professional relationships to retain additional attorneys with specific expertise to assist in the prosecution of specific cases, if needed. An in-depth *curriculum vitae* for each of our attorneys follows.

# OUR ATTORNEYS

## EDUCATION

❖ Brooklyn Law School, J.D.,
   *cum laude* 1986

❖ State University of New York,
   B.A., Political Science,
   *cum laude* 1983

## BAR ADMISSIONS

❖ New York

❖ Massachusetts

## COURT ADMISSIONS

❖ Southern District of New York

❖ Eastern District of New York

❖ District of Massachusetts

❖ United States Court of Appeals
   for the First, Second, Third,
   Ninth and Eleventh Circuits

❖ United States Supreme Court

## PUBLICATIONS | SPEAKING EVENTS

❖ ALI-ABA Conference for
   Insurance and Financial
   Services Industry Litigation,
   July 2009, Lecturer and Panelist

❖ *Damages in Securities
   Litigation*, sponsored by Law
   Seminars International at the
   Harvard Club, Panelist

❖ *Litigation to Remedy Meltdown
   Damages: What Can Be
   Gained?*, Harvard Law School's
   Capital Matters Conference,
   Speaker

❖ Guest commentator on NBC

## JEFFREY C. BLOCK

Partner
Tel. 617-398-5600
Fax. 617-507-6020
Email. jeff@blockesq.com



Mr. Block is a co-founding partner of Block & Leviton.  With a career spanning almost thirty years, Mr. Block is recognized as one of the nation's preeminent class action attorneys.  Mr. Block currently represents the Ohio Public Employees Retirement System in *In re: BP Sec. Litig*., No. 4:10-MD-02185 (S.D. Tex.), charging that BP misled investors as to the amount of oil leaking from the Macondo well after the explosion aboard the *Deepwater Horizon* oil rig in the Gulf of Mexico in 2010.  Mr. Block, on behalf of the plaintiffs, successfully argued against defendants' motions to dismiss the litigation and for certification of the class.  Mr. Block also represented the Brockton Retirement System in an action challenging Google's attempt to split its stock into voting and non-voting shares.  *See In re Google, Inc. Class C Shareholder Litigation*, case no. 7469-CS (Del. Ch. Ct.).  Two days before the start of trial, the action settled for significant corporate governance changes and a payment ladder valued up to $7.5 billion, which was designed to protect shareholders against any diminution in the value of their shares during the first year of trading.  As a result of the payment ladder, shareholders ultimately recovered $522 million in cash and stock in May 2015.  The payment ladder also caused the newly-issued non-voting shares to trade higher than they otherwise would have during the first year of trading.  Thus, investors who sold their shares during the pendency of the payment ladder were able to mitigate losses associated with those sales.

In addition, Mr. Block has represented some of the country's largest institutional investors, including the Massachusetts Pension Reserves Investment Management Board (PRIM), the State of Michigan Retirement Systems, the Ohio Public Employees Retirement System, the Oklahoma Police Pension and Retirement System, and the State Universities Retirement System of Illinois.

Some of the major class actions that Mr. Block has either led, or played a significant role in, include:  *In re First Executive Corp. Securities Litig*., 89-cv-7135 (C.D. Cal.) (settled for $100 million); *In re Xerox Corp. Sec. Litig*., 3:00-cv-01621 (D. Conn.) (settled for $750 million); *In re Bristol Myers Squibb Sec. Litig*., 02-cv-2251 (S.D.N.Y.) (settled for $300 million); *In re Lernout & Hauspie Sec. Litig*., 1:00-cv-11589 (D. Mass.) (settled for $180 million); *In re Symbol Technologies Sec. Litig*., 2:02-cv-1383 (E.D.N.Y.) (settled for $127 million); *In re Prison Realty Corp. Sec. Litig*., 3:99-cv-0452

(M.D. Tenn.) (settled for over $100 million); *In re Philip Services Corp. Sec. Litig.*, 98-cv-835 (S.D.N.Y.) (settled for $79.75 million); *In re American Home Mortgage Sec. Litig.*, 07-MD-1898 (E.D.N.Y.) (settled for $50.5 million); *In re Force Protection Sec. Litig.*, 2:08-cv-845 (D.S.C.) ($24 million settlement); *In re Swisher Hygiene, Inc., Securities and Derivative Litig.*, 3:12-md-2384 GCM (W.D.N.C.) ($5.5 million settlement).

Mr. Block has a proven record of overcoming significant challenges in order to obtain substantial recoveries on behalf of his clients. For example, in the *Philip Services* securities litigation, Mr. Block persuaded the United States Court of Appeals for the Second Circuit to reverse the District Court's dismissal of the action on the grounds of *forum non conveniens*. *See Dirienzo v. Philip Services Corp.*, 294 F.3d 21 (2d. Cir. 2002). Upon reversal, Mr. Block led the team of attorneys in taking more than 40 depositions and, upon the eve of trial, the action settled for $79.50 million, among the largest recoveries ever in a securities action from a Canadian accounting firm. Mr. Block's skills were discussed in great lengths by the court, specifically noting that counsel:

> **"I was careful to choose attorneys who have great ability [and] great reputation... And I think you've undertaken the representation of these people, you've done an excellent job, you've reached a settlement that I think is fair and in their benefit ...".**
>
> ---
>
> Honorable C. Weston Houck,
> *In re Force Protection Sec. Litig., 2:08-cv-845 CWH* (D.S.C.) ($24 million settlement)

> "pursued this fact-intensive and legally complex litigation vigorously over a nine-year period, rejected offers of settlement for amounts inferior to the amounts upon which the parties ultimately agreed, and assumed significant risks of non-recovery. Co-Lead Counsel had to overcome the disclaimers and uncertainties of insurance coverage, and vigorous advocacy of extremely able and deeply-staffed defense counsel. … And THEY DID THEIR WORK EFFICIENTLY, WITH MINIMAL DUPLICATION, AND MAXIMUM EFFECTIVENESS."

*In re Philip Servs. Corp. Sec. Litig.*, 2007 U.S. Dist. LEXIS 101427, 13-14 (S.D.N.Y. Mar. 27, 2007) (Honorable Alvin K. Hellerstein). Similarly, in *Lernout & Hauspie Sec. Litig.*, Mr. Block was the lead attorney in securing over $180 million for defrauded investors. The action involved an accounting fraud of a company headquartered in both the United States and Belgium.

Recently, Mr. Block led a team of litigators, private investigators and a forensic accountant through a complex accounting fraud case. Mr. Block settled the case on terms extremely beneficial to the class, as recognized by the court. *See In re Swisher Hygiene, Inc., Securities and Derivative Litig.*, 3:12-md-2384 GCM (W.D.N.C.).

> **"The settlement is – gosh. . . . the fact that it's occurring within the context of a securities case, which is very difficult for plaintiffs to win, is extremely impressive to me. . . . [T]his is a matter which has been fairly litigated by people who know what they're doing."**
>
> ---
>
> Honorable Graham C. Mullen, *In re Swisher Hygiene, Inc., Securities and Derivative Litig.*, 3:12-md-2384 GCM (W.D.N.C.) ($5.5 million settlement)

## JASON M. LEVITON
Partner
Tel. 617-398-5600
Fax. 617-507-6020
Email.  jason@blockesq.com



### EDUCATION
- Georgetown University Law Center, LL.M., Securities and Financial Regulations (Dean's Award (1 of 6))
- Gonzaga University School of Law, J.D., *cum laude*, Moot Court Council, International Law Review
- Gonzaga University, B.A., Philosophy and Political Science

### BAR ADMISSIONS
- Massachusetts
- District of Columbia
- State of Washington
- State of Florida

### COURT ADMISSIONS
- District of Massachusetts
- District of Washington D.C.
- Western District of Washington

### PUBLICATIONS | SPEAKING EVENTS
- Guest on *Rights Radio*
- Securities Law360 Commentator
- SEC Litigation Release No. 18638, primary author
- Contributor, *After the Ball is Over: Investor Remedies in the Wake of the Dot-Com Crash and Recent Scandels*, Nebraska Law Review, 2005
- Speaker at Georgetown University Law Center on prosecution of securities class action lawsuits
- Presenter at Business Law Symposium entitled *Shareholder Rights: An Idea Whose Time has Come*, November 2013
- Presenter at National Conference on Public Employee Retirement Systems' Summer Conference, May 2013

Mr. Leviton is a co-founding partner of Block & Leviton and focuses his practice on investor protection and shareholder rights matters.  He serves as Co-Chair of the Firm's New Case Investigation and Monitoring Team and Chair of the Merger and Acquisition Litigation Team.  In 2011, 2012, 2013, and 2014, Mr. Leviton was named a "Rising Star" by *Massachusetts Super Lawyers*, an honor given to only 3% of all lawyers in the Commonwealth.  In 2014, Mr. Leviton was named as a Top 100 Trial Lawyer by the National Trial Lawyer Association.  After receiving his law degree, Mr. Leviton attended the Georgetown University Law Center and received a Master of Laws (LL.M.) in Securities and Financial Regulation (Dean's Award, 1 of 6).  During that time, he was the inaugural LL.M. student selected for an externship with the S.E.C., Enforcement Division.  Mr. Leviton is now a member of the Association of Securities and Exchange Commission Alumni.

Currently, Mr. Leviton represents several Ohio Pension Funds against BP following the largest oil spill in United States history.  *See In re BP plc Securities Litigation*, 10-cv-2185 (S.D.Tex.).  In addition, Mr. Leviton has been named lead or co-lead counsel in numerous class actions, including:  *In re Plains Exploration & Production Co. Stockholder Litig.*, case no. 8090-VCN (Del. Ch.) (litigation led to an increase of approximately $400 million to the original merger amount); *In re MIPS Technologies, Inc. Stockholder Litig.*, case no. 8103-VCN (Del. Ch.) (settled for numerous material disclosures and amendments to the merger agreement); *In re Cybex Int'l Shareholders Litig.*, case no. 653794/2012 (N.Y. Sup. Ct) (settlement involved substantial dividend payment to shareholders); and *In re Sunoco, Inc.*, case no. 1204-03894 (settlement required Sunoco to publish an update to its Proxy Statement to correct for material omissions).  Moreover, Mr. Leviton acts as the *de facto* lead counsel for the Delaware-action involving the $45 billion merger between Time Warner Cable and Comcast. *See Louisiana Municipal Police Employees' Ret. Sys. v. Black, et al.*, case no. 9410 (Del. Ch.).

Mr. Leviton has achieved significant recoveries on behalf of class members, including but not limited to:  *In re Empire State Realty Trust, Inc. Investor Litigation*, case no. 650607/2012 (settled for $55 million); *In re KIT Digital, Inc. Securities Litigation*, case no. 12-04199 (S.D.N.Y.) (settled for more than $6 million following the company's voluntary petition for bankruptcy); *In re Swisher Hygiene, Inc. Sec.*

*and Deriv. Litig.*, MDL No. 3:12-MD-2384-GCM (W.D.N.C) (settled for nearly 40% of all cognizable damages); and *Brockton Retirement Board and City of Quincy Contributory Retirement Systems v. Oppenheimer Global Resource Private Equity Fund I, L.P., et al.*, case no. 1:12-cv-10552 (D. Mass.) (settled for numerous improvements to Oppenheimer's corporate governance structure regarding the valuation of assets).  In addition to his class action experiences, Mr. Leviton has litigated other forms of complex litigation.  For instance, he worked with a former State of New York Attorney General in the defense of an attorney accused of insider trading, which included a criminal referral to the United States Department of Justice.  He was also heavily involved in the representation of four detainees being held at the Guantánamo Bay Naval Station in Cuba.

Moreover, Mr. Leviton has represented former employee whistleblowers before the S.E.C. where, in one instance, he successfully argued that his clients should receive the maximum whistleblower award of 30% pursuant to the Dodd-Frank Act, which equated to nearly $1 million.  He also represented the same whistleblower in a retaliation claim against several Oppenheimer-related entities.  *See John Doe v. Oppenheimer Asset Management, Inc., et al.*, Case No. 1:14-cv-00779-LAP (S.D.N.Y.).

Mr. Leviton also has considerable experience litigating consumer class action cases involving deceptive business practices.  For example, Mr. Leviton, as co-lead counsel, successfully recovered 100% of the class's alleged damages stemming from the overcharging of scooped coffee beans at Starbucks stores throughout the country.  *See In re Starbucks Consumer Litig.*, case no. 2:11-cv-01985-MJP (W.D. Wa.).

Prior to forming Block & Leviton, Mr. Leviton was an attorney at three other the preeminent class action firms.  There, he was instrumental in recovering $10.5 million in the *Welmon v. Chicago Bridge & Iron*, case no. 06-cv-01283, securities class action litigation.  In that case, Mr. Leviton represented Fortis Investments, a major European asset management company and, in addition to the monetary settlement, was able to institute several corporate governance changes at the company.  In granting *the Chicago Bridge & Iron* settlement, the Honorable John Sprizzo stated that "PLAINTIFFS' COUNSEL HAVE CONDUCTED THE LITIGATION AND ACHIEVED THE SETTLEMENT WITH SKILL, PERSEVERANCE AND DILIGENT ADVOCACY."  *Chicago Bridge & Iron* (June 3, 2008). Moreover, in the *Ong v. Sears Roebuck & Co.*, case no. 03 C 4142 (N.D. Ill.), securities class action, Mr. Leviton represented the State Universities Retirement System of Illinois (SURS) and helped settle the action for $15.5 million.  He also represented the Iowa Public Employees' Retirement System, the Policemen's Annuity & Benefit Fund of Chicago, the Central States, Southeast and Southwest Areas Pension Fund in the securities class action against MF Global that settled for $90.0 million.  *See Rubin v. MF Global, LTD., et al.*, 08-cv-02233 (S.D.N.Y.).  Likewise, he was a member of the *In re VeriSign Securities Litigation*, C-02-2270 (N.D. Cal.) team that recovered more than $78.0 million for investors.

## LESLEY E. WEAVER

Partner
Tel. 415-968-8999
Fax. 617-507-6020
Email. lesley@blockesq.com



### EDUCATION

- ❖ University of Virginia, J.D.
- ❖ Harvard College, A.B., Social Studies, *magna cum laude*
- ❖ University of Bonn, Bonn Germany
- ❖ Haderslev Katedraleskole, Haderslev, Denmark

### BAR ADMISSIONS

- ❖ California
- ❖ Delaware

### COURT ADMISSIONS

- ❖ Northern District of California
- ❖ Eastern District of California
- ❖ Central District of California
- ❖ Southern District of California
- ❖ United States Court of Appeals for the Second and Ninth Circuits
- ❖ United States Supreme Court

### PUBLICATIONS | SPEAKING EVENTS

- ❖ *"Summary Adjudication: A View from Both Sides of the Bar,"* presented by the Bar Association of San Francisco, 2013
- ❖ *"Recent Events in Securities Cases,"* presented by the Bar Association of San Francisco, 2014
- ❖ Panelist for Women In Securities Conference, 2013

### LANGUAGES

- ❖ German and Danish

Ms. Weaver joined Block & Leviton as a Partner in 2015. In her nearly twenty-year career, Ms. Weaver has worked with and opposed the nation's finest counsel, representing some of the largest U.S. pension funds in complex litigation in the U.S. and abroad. She secures outstanding results for her clients. Ms. Weaver was appointed co-lead counsel in *In re Domestic Drywall Antitrust Litigation* and is also counsel for the Cities of Palo Alto and Richmond, California on the Steering Committee of *In re Lithium Ion Batteries Antitrust Litigation*.

Ms. Weaver also represents certain states and municipalities in international antitrust litigation against foreign defendant manufacturers of auto parts *In re Auto Parts Antitrust Litigation*. This is reported to be the largest international cartel ever investigated, and has yielded over $2 billion in criminal fines to date.

In October 2014, Ms. Weaver tried an internet privacy case against a Chinese-owned, California-based internet site, recovering 100% of economic damages and a $15 million punitive damages jury verdict, as well as significant injunctive relief and additional damages from the bench. The case was pending in Santa Clara County.

Ms. Weaver has also represented some of the country's largest international investors, including the Ohio Public Employees Retirement System and the California Public Employees Retirement System. She has worked effectively with various state Attorneys General to negotiate settlements affecting the rights of municipal and individual consumers. In addition, Ms. Weaver counsels private clients seeking to opt out of class action litigation, assisting them in negotiating confidential, private settlements with outstanding results.

Major securities class actions in which Ms. Weaver played a significant role include: *In re Marsh & McLennan Secs. Litig.* ($400 settlement*); In re Cardinal Health Secs. Litig.* ($600 million settlement*); In re Cisco Secs. Litig.* ($99 million settlement); and *In re Boeing Secs. Litig.* ($92.5 million settlement). She has been involved in landmark decisions such as *In re Cavanaugh Secs. Litig.*, holding that judges may not auction off the role of lead counsel in securities cases.

## WHITNEY E. STREET

Partner

Tel. 415-968-8999

Fax. 617-507-6020

Email. whitney@blockesq.com



### EDUCATION
- University of Virginia School of Law, J.D.
- University of Virginia, B.A., Economics and Literature

### BAR ADMISSIONS
- California
- New York
- Massachusetts
- Texas

### COURT ADMISSIONS
- Northern District of California
- Southern District of New York
- Eastern District of New York
- District of Massachusetts

### PROFESSIONAL ACTIVITIES
- Co-Chair of the American Association for Justice Antitrust Litigation Group
- Law360 Competition Law Editorial Advisory Board
- Massachusetts Academy of Trial Attorneys
- National Association of Public Pension Attorneys

### PUBLICATIONS | SPEAKING EVENTS
- Co-Author, *What Lies Ahead in High Stakes Pay-For-Delay Antitrust Litigation,* American Association of Justice Business Torts Newsletter (May 2015)
- Author, *Technology Assisted Review: the Disclosure of Training Sets and Related Transparency Issues,* Georgetown Law Advanced eDiscovery Institute (Fall 2014)
- Faculty, Georgetown University Law Advanced eDiscovery Institute (November 2014)
- Co-Author, *Decision Re-Affirms Critical Role of Shareholders* Benefits and Pensions Monitor (October 2014)
- Panelist, American Association for Justice Class Certification Seminar (2013)

Block & Leviton Partner Whitney Street has over twelve years of complex litigation experience and significant expertise in antitrust and securities class action litigation. Ms. Street, who serves as Chair of the Firm's Competition Law Group, was recently appointed Co-Lead Counsel on behalf of a class of indirect purchasers in *In re Domestic Drywall Antitrust Litigation,* case no. 13-md-02437 (E.D.Pa.), which involves allegations of price fixing and other forms of concerted conduct in violation of the antitrust laws. To date, Ms. Street has recovered more than $10 million on behalf of the class of indirect purchasers. The litigation is ongoing against the remaining five defendants. In addition, Ms. Street represents the City of Providence in an antitrust class action suit against Celgene Corp. for unlawfully excluding generic competition for vital cancer treatment drugs. *See In re Thalomid and Revlimid Antitrust Litig.,* case no. 14-cv-06997 (D.N.J.). Ms. Street was also an integral part of the litigation teams in the following antitrust class actions: *Air Cargo Shipping Services Antitrust Litigation*, 06-md-1775 (E.D.N.Y.) (settlements totaling more than $270.0 million); *In re: Ethylene Propylene Diene Monomer (EPDM) Antitrust Litigation,* 3:03-md-1542 (D. Conn.) (partial settlements totaling $87.0); *In re: Methyl Methacrylate (MMA) Antitrust Litigation*, 06-md-01768 (E.D. Pa.) (settled for $15.0 million); and *In re: Hydrogen Peroxide Antitrust Litigation*, 05-civ-666 (E.D. Pa.) (partial settlements of more than $4.0 million).

Ms. Street has also litigated a number of major class actions on behalf of institutional and individual investors, including: *In re BP plc Securities Litig*., 4:10-md-02185 (S.D.Tex.) (pending); *In re Google Class C Shareholder Litig*., case no. 7469CS (Del. Ch.) ($522 million settlement); *In Re Swisher Hygiene, Inc. Sec. and Deriv. Litig*., MDL No. 3:12-MD-2384 (W.D.N.C.) (settled for $5.5 million); and *In re Bear Stearns Companies, Inc. Securities Litig*., 08-md-1963 (S.D.N.Y.) (settled for $295 million).

Ms. Street received her training at prominent litigation firms in New York and Boston where she represented clients in antitrust and securities class actions. She began her career at Pillsbury Winthrop Shaw Pittman, one of the largest law firms in California.

## STEVEN P. HARTE

Senior Associate
Tel. 617-398-5600
Fax. 617-507-6020
Email. steven@blockesq.com



**EDUCATION**

❖ University of Pennsylvania School of Law, J.D.

❖ The Wharton School, University of Pennsylvania, Cert. of Study

❖ Cornell University, B.S., Industrial & Labor Relations

**BAR ADMISSIONS**

❖ New York
❖ Massachusetts

**COURT ADMISSIONS**

❖ Southern District of New York
❖ Eastern District of New York

Steven Harte has over a dozen years of complex litigation experience and significant expertise in several types of class action litigation, including securities and products liability. Mr. Harte currently serves as co-lead counsel in *In re Onyx Pharmaceuticals Inc. Shareholder Litigation*, case no. CIV523789 (Cal. Sup. Ct.)., where he represents the Louisiana Municipal Police Employees' Retirement System in a matter arising out of Onyx's $11 billion dollar merger with Amgen, and *Arendt v. Kinder Morgan Energy Partners L.P. et al*, case no. 10093-VCL, a highly complex class action involving unique issues of Delaware corporate and limited partnership law. He also currently represents the Ohio Public Employees Retirement System in *In re BP plc Securities Litig.*, 4:10-md-02185.

Recently, Mr. Harte successfully asserted the rights of shareholders in *In re Plains Exploration & Production Co. Stockholder Litigation*, challenging Plains' $7 billion merger with Freeport-McMoRan Copper & Gold Inc. Plains shareholders ultimately received approximately $400 million above the initially agreed upon merger consideration. In another successful engagement, Mr. Harte represented the Brockton Retirement Board in litigation against Google, which resulted in a payment to shareholders of over $500 million. He also recently achieved significant monetary recoveries for shareholders in *In re: Mod-Pac Corp.* Index No. 800621/2013 (N.Y. Sup. Ct.), *In re: Cybex Int'l, Inc.,* Case No. 653794/2012 (N.Y. Sup. Ct) and *In Re Swisher Hygiene, Inc. Sec. and Deriv. Litig.*, MDL No. 3:12-MD-2384 (W.D.N.C.).

Prior to joining Block & Leviton, Mr. Harte was an attorney at Choate Hall & Stewart, LLP, where he was a core member of the litigation and government enforcement practice groups. He began his career in the New York office of Jones Day, one of the three largest law firms in the world. Mr. Harte has served as a lead associate in a number of class actions, major government investigations and antitrust matters, including the Enron securities litigation and class action lawsuits involving R.J. Reynolds Tobacco (*Schwab v. Phillip Morris et al*., case no. 04-CV-1945). He was also responsible for exhaustive investigations into, and defenses against, stock option back-dating allegations. His government enforcement experience includes representation of a Fortune 100 pharmaceutical company in complex, multi-year federal grand jury investigation into sales and marketing practices.

## JACOB WALKER

Associate

Tel. 617-398-5600

Fax. 617-507-6020

Email. jake@blockesq.com



**EDUCATION**

❖ University of Michigan Law School, J.D., *cum laude*

❖ Babson College, B.S., Business Administration

**BAR ADMISSIONS**

❖ Massachusetts
❖ California

**COURT ADMISSIONS**

❖ District of Massachusetts
❖ Northern District of California

**PROFESSIONAL CERTIFICATIONS**

❖ Certified Information Privacy Professional (CIPP/US)

**PUBLICATIONS**

❖ Co-author, PLI's Securities Litigation treatise – chapters on loss causation and securities trials

Prior to joining Block & Leviton in September 2015, Mr. Walker was an associate at two of the country's top defense firms, Gibson Dunn in Palo Alto and Skadden Arps in Boston.

Mr. Walker has represented boards of directors, corporate acquisition targets, and acquirers in litigation related to mergers and acquisitions. For example, Mr. Walker represented defendants in litigation related to the $5.3 billion private equity acquisition of Del Monte Foods Company in state and federal courts in California and in the Delaware Court of Chancery, as well as in litigation related to Intel's $7.7 billion acquisition of McAfee Inc. in the Superior Court of California, Santa Clara County. He has also represented numerous third-parties, including various investment banks, in M&A litigation in California and Delaware courts.

In addition, Mr. Walker has represented several large technology companies, including in the defense of consumer class actions related to privacy and technology issues. He is a Certified Information Privacy Professional and has a deep understanding of technology and privacy issues. Mr. Walker has also represented companies in antitrust class actions and investigations, stockholder derivative actions, securities class actions, and in investigations before the F.T.C. and the Massachusetts Attorney General's office.

As part of his pro bono practice, Mr. Walker was part of a team of attorneys who represented Indian workers illegally trafficked to the Gulf Coast on behalf of a ship repair company in the aftermath of Hurricane Katrina. The workers were forced to live in squalid labor camps and were given short-term temporary work permits after paying tens of thousands of dollars to labor recruiters who falsely promised green cards and permanent residency. Claims against the company have been proposed to be settled for over $20 million as part of a pending bankruptcy case. Mr. Walker deposed various executives of the defendant, and successfully argued in U.S. District Court for the Eastern District of Louisiana against a motion to dismiss filed by various defendants. Mr. Walker has also been recognized by the American Bar Association for his pro bono work on behalf of active duty military members and for his work teaching financial literacy skills to Boston-area high school students.

## EDUCATION

- ❖ Harvard Law School, J.D., *cum laude*
- ❖ Wilfrid Laurier University, B.A., Political Science *with high distinction*

## BAR ADMISSIONS

- ❖ California
- ❖ Massachusetts

## COURT ADMISSIONS

- ❖ Ninth Circuit
- ❖ First Circuit
- ❖ Northern District of California
- ❖ Central District of California
- ❖ District of Massachusetts

## PUBLICATIONS

- ❖ Co-author, *Decision Re-Affirms Critical Role of Shareholders,* Benefits and Pensions Monitor (October 2014)
- ❖ Co-author, *Meltdowns crank up muni-bond litigation*, Daily Journal (September 18, 2013)
- ❖ Co-author, *SEC takes hard line on 'cyber incidents',* Daily Journal (April 5, 2013)
- ❖ Co-author, *Lower Courts Interpret The Supreme Court's Decision In Janus Capital Group, Inc. v. First Derivative Traders*, Financial Fraud Law Report 4:5 (May 2012)

## PROFESSIONAL ACTIVITIES

- ❖ Visiting Lecturer, Tufts University: Experimental College (2013-Present)

### JOEL A. FLEMING

Associate
Tel. 617-398-5600
Fax. 617-507-6020
Email.  joel@blockesq.com



Block & Leviton Associate Joel Fleming has significant experience in complex and class action litigation.  Mr. Fleming is currently litigating a class action against TD Ameritrade on behalf of retail brokerage customers whose orders were improperly routed.  He has previously litigated a whistleblower retaliation claim under the Dodd-Frank Act on behalf of a former employee of Oppenheimer & Co. *See Zola v. TD Ameritrade, Inc.*, No. 8:14-cv-00288 (D. Neb.) and *Doe v. Oppenheimer Asset Management, et al.*, 1:14-cv-00779 (S.D.N.Y.).  He also serves as the lead associate challenging Reynolds' conflicted transaction with its controlling shareholder in connection with its purchase of Lorillard Inc. for $27.4 billion.  *See Corwin v. British American Tobacco, et al.*, 14 CVS 8130 (N.C. Sup.).

Mr. Fleming also represents former shareholders of Onyx Pharmaceuticals in litigation challenging the inadequate price negotiated in the sale of the company in derivative litigation against current and former board members *See In re Onyx Pharmaceuticals, Inc. Shareholder Litigation*, No. CIV523789 (Cal. Sup. Ct.).

Prior to joining the firm, Mr. Fleming worked at Wilmer Cutler Pickering Hale and Dorr—a large defense firm headquartered in Boston and Washington, D.C.  While at WilmerHale, Mr. Fleming served as a member of the trial team in *AATI v. Skyworks*, the first-ever arbitration to go to trial before the Delaware Chancery Court, in a case involving a merger-related dispute between two companies in the high technology industry. Mr. Fleming represented both companies in a subsequent shareholder class action that ended with the dismissal with prejudice of all counts.  Mr. Fleming also served as a trial team member representing the Public Service Department of the State of Vermont in a contested proceeding involving the proposed relicensing of the Vermont Yankee nuclear plant.

Mr. Fleming's other representations included: a multinational financial institution in a complex internal investigation; State Street Corporation in multidistrict litigation brought by current and former customers; and the audit committee of one of the world's leading Internet companies in an internal investigation.

**EDUCATION**

- ❖ Northeastern University School of Law, J.D.
- ❖ Vanderbilt University, B.A., Economics & Corporate Strategy

**BAR ADMISSIONS**

- ❖ Massachusetts

**COURT ADMISSIONS**

- ❖ District of Massachusetts
- ❖ Eleventh Circuit Court of Appeals

**PROFESSIONAL ACTIVITIES**

- ❖ Women's Bar Association
- ❖ National Association of Public Pension Attorneys

**ERICA G. LANGSEN**
Associate
Tel. 617-398-5600
Fax. 617-507-6020
Email. erica@blockesq.com



Ms. Langsen is an associate at Block & Leviton where her practice focuses on antitrust, securities and employment class action litigation. Ms. Langsen is an integral member of a team of attorneys litigating the antitrust class action *In re Domestic Drywall Antitrust Litigation*, case no. 13-md-02437 (E.D. a.), recovering more than $10 million on behalf of the class to date. The litigation is ongoing against the remaining five defendants. Ms. Langsen also represents the City of Providence in an antitrust class action against Celgene Corp. (*In re Thalomid and Revlimid Antitrust Litig.*, case no. 14-cv-06997 (D.N.J)), which alleges that Celgene unlawfully excluded generic competition for vital cancer treatment drugs.

Ms. Langsen, who is a member of the Firm's New Case Investigation and Portfolio Monitoring Team, has also represented numerous classes of investors asserting various securities claims. For example, she is currently litigating *In re BP plc Securities Litigation*, case no. 4:10-md-02185 (S.D. Tex.) and was part of a team of attorneys who recovered favorable settlements for investors in the securities class actions *In re Cybex Int'l*, case no. 653794/2012 (merger premium increased by over 10%), and *In re Swisher Hygiene, Inc.*, case no. 3:12-MD-2384-GCM (settlement of $5.5 million).

In addition, Ms. Langsen is a member of the Firm's Employment Litigation Team, where she has represented tradesmen seeking unpaid employment benefits and other damages from national and multi-national retailers. She recently recovered a significant settlement ($6.5 million) in favor of a class of California installers in *Shephard v. Lowe's HIW, Inc.*, case no. 12-cv-03893 (N.D. Cal.).

Before joining Block & Leviton, Ms. Langsen was one of three Northeastern University School of Law students selected for an internship with the S.E.C., Enforcement Division. In addition to interning at the S.E.C., Ms. Langsen served as a judicial intern with the United States Department of Labor's Boston District Office of Administrative Law Judges where she drafted administrative orders on various labor law matters.

## EDUCATION

- ❖ Washington University in Saint Louis School of Law, J.D.
- ❖ Metropolitan State University of Denver, B.A., History

## BAR ADMISSIONS

- ❖ Massachusetts
- ❖ Illinois
- ❖ Missouri

## COURT ADMISSIONS

- ❖ Southern District of Illinois

**BRADLEY VETTRAINO**

Associate
Tel. 617-398-5600
Fax. 617-507-6020
Email. bradley@blockesq.com



Prior to joining Block & Leviton in September 2015, Mr. Vettraino worked as an associate at both Bubalo Goode Sales & Bliss, and Maune Raichle Hartley French & Mudd.

Mr. Vettraino is experienced in all stages of complex civil litigation, including discovery and dispositive motion practice. In addition, he has worked on an array of complex civil matters, including products liability cases, consumer protection matters and business litigation in both state and federal courts.

In addition, Mr. Vettraino has experience managing and litigating over fifteen plaintiffs' toxic tort cases, securing favorable settlements in numerous matters. In addition, he successfully argued in opposition to a motion for summary judgment before a state court.

Mr. Vettraino currently represents shareholders of Charter Communications in a lawsuit against Charter's Board of Directors concerning the proposed acquisition of Time Warner Cable. *In re Charter Communications Securities Litigation* (Del. Ch. C.A. No. 11418-VCG). Mr. Vettraino is also a member of the team representing the Ohio Public Employees' Retirement System in the securities class action *In re BP plc Securities Litigation*, Case No. 4:10-md-02185 (S.D. Tex.), which seeks to recover investor losses related to the explosion and subsequent massive oil spill in the Gulf of Mexico in 2010.

Upon graduating from Washington University in St. Louis, Mr. Vettraino received the Dan Carter-Earl Tedrow Memorial Award, an award given to the student who most exemplifies the aims of the legal profession. Mr. Vettraino also served as an Executive Board Member and Primary Editor of the Global Studies Law Review.

## YUNAH RHA

Associate

Tel. 415-968-8999

Fax. 617-507-6020

Email. yunah@blockesq.com



**EDUCATION**

- ❖ Golden Gate University School of Law, J.D.
- ❖ University of California, Santa Barbara, B.A., Global Studies (Dean's List)

**BAR ADMISSIONS**

- ❖ California

**COURT ADMISSIONS**

- ❖ Northern District of California

**PROFESSIONAL ACTIVITIES**

- ❖ Asian American Bar Association
- ❖ Korean American Bar Association of Northern California
- ❖ Filipino Bar Association of Northern California

Ms. Rha is an associate at Block & Leviton. Her practice focuses on antitrust class action litigation. Her valuable Korean language abilities have been instrumental in finding key evidence against major Korean corporations ("chaebols" in Korean) in the antitrust class action *In re Lithium Ion Batteries Antitrust Litigation*.

Before joining Block & Leviton, Ms. Rha was a key member of the largest business immigration firm in the U.S. There, she successfully petitioned for foreign nationals seeking employment authorization in the U.S. from major publicly-traded companies. She was a liaison between candidates, USCIS and corporate clients and ensured compliance with a variety of immigration law.

Ms. Rha earned the highest mark in her class for the Women's Employment Rights Clinic, where she successfully represented clients in a wage and hour hearing before the Labor Commissioner. There, she took the lead in negotiating a settlement and was able to secure a payment of $250,000.

Ms. Rha has been a long-time monthly volunteer at Pacific Islander Legal Outreach, dedicated to providing direct legal services to low-income individuals in matters of immigration, family and landlord/tenant law. She has also volunteered with the Asian Law Caucus in its employment rights clinics. Additionally, Ms. Rha dedicates much of her spare time to mentoring minority law school and high school students, and advocates for increased diversity within the legal community.

**EXHIBIT M**

**THE ROSEN LAW FIRM P.A.**
**BIOGRAPHY**

## I. ATTORNEYS

### LAURENCE ROSEN - MANAGING PARTNER

Laurence Rosen is a 1988 graduate of New York University School of Law. He earned an M.B.A. in finance and accounting at the University of Chicago Graduate School of Business and a B.A. in Economics from Emory University. Mr. Rosen served as a law clerk to the Honorable Stanley S. Brotman, Senior United States District Judge for the District of New Jersey. Mr. Rosen entered private practice as an associate at the law firm of Skadden Arps Slate Meagher & Flom in New York City where he participated in a number of complex securities class action and derivative litigation matters. He later served as an associate at McCarter & English in Newark, New Jersey where he specialized in securities and business litigation.

After practicing general securities and commercial litigation in New York City with Solton Rosen & Balakhovsky LLP, Mr. Rosen founded The Rosen Law Firm to represent investors exclusively in securities class actions and derivative litigation. Mr. Rosen is admitted to practice law in New York, California, Florida, New Jersey and the District of Columbia. Mr. Rosen is also admitted to practice before numerous United States District Courts throughout the country and the United States Court of Appeals for the Second, Fourth, and Sixth Circuits.

### PHILLIP KIM – PARTNER

Mr. Kim graduated from Villanova University School of Law in 2002. He received a B.A. in Economics from The Johns Hopkins University in Baltimore, Maryland in 1999. Prior to joining The Rosen Law Firm, Mr. Kim served as Assistant Corporation Counsel for the City of New York in the Special Federal Litigation Division. In that position, Mr. Kim defended a number of class action lawsuits, litigated numerous individual actions, and participated in more

than seven trials.  Mr. Kim focuses his practice on securities class actions and shareholder derivative litigation. Mr. Kim is admitted to the bar of the State of New York and admitted to practice in the United States District Courts for the Southern District of New York, the Eastern District of New York and the District of Colorado, and the United States Court of Appeals for the Second Circuit.

### JACOB A. GOLDBERG – PARTNER

Mr. Goldberg is a 1988 graduate of Columbia University.  Mr. Goldberg received his J.D., *cum laude*, from the Temple University School of Law in 1992.  For over 23 years, Mr. Goldberg  has litigated complex cases at the highest levels, championing the rights of investors, employees and consumers.  Mr. Goldberg has recovered over $100 million for investors in securities class actions.  In addition to serving in a leadership roles in securities class actions, Mr. Goldberg  has litigated many cases under state corporations laws, against faithless boards of directors both on behalf of shareholders, in the mergers and acquisitions context, and, derivatively, on behalf of corporations, to remedy harm to the corporation itself.  Mr. Goldberg is admitted to practice law in the Commonwealth of Pennsylvania, United States Court of Appeals for the Second, Third, Fourth and Sixth Circuits, and various United States District Courts across the country.

### KEVIN CHAN - ATTORNEY

Mr. Chan graduated from Brooklyn Law School in 2012. He received an A.B. in Psychology from Harvard University in 2007. Prior to joining the Rosen Law Firm, Mr. Chan gained substantive experience as an intern with the U.S. Securities and Exchange Commission as part of its Summer Honors Law Program. He is admitted to practice in the State of New York and in the United States District Courts for the Eastern and Southern Districts of New York.

**JING CHEN - ATTORNEY**

Ms. Chen received a Juris Doctor degree from Pace University School of Law in 2011, Juris Master degree from China University of Political Science and Law in Beijing, China and B.A. in English Literature and Linguistics from Shandong University in Jinan, China. She is admitted to practice in New York, New Jersey and China. Prior to joining The Rosen Law Firm, Ms. Chen practiced corporate law, commercial transactions and arbitration for over two years.

**SARA FUKS – ATTORNEY**

Ms. Fuks graduated from Fordham University School of Law, *cum laude*, in February 2005, where she was a member of Fordham Law Review. She received her B.A. in Political Science, *magna cum laude*, from New York University in 2001. Ms. Fuks began her practice at Dewey Ballantine, LLP where she focused on general commercial litigation and then went on to prosecute numerous ERISA and securities class actions as an associate at Milberg LLP. Ms. Fuks is admitted to the bar of the State of New York and admitted to practice in the United States Southern and Eastern District Courts of New York.

**GONEN HAKLAY – ATTORNEY**

Mr. Haklay graduated from Stanford University School of Law in 1995. He received a B.A. in Political Science from The University of Massachusetts at Amherst in 1992. After several years as an associate at a large Philadelphia law firm, Mr. Haklay joined the Philadelphia District Attorney's office. As a prosecutor, he tried over 100 criminal jury cases and handled both capital and non-capital homicide cases. After 12 years as prosecutor, Mr. Haklay joined a prominent plaintiffs' firm where he tried over ten asbestos cases, recovering millions of dollars for his clients. As a young man, Mr. Haklay served as an infantryman in the Israel Defense Forces. Mr. Haklay is admitted to the bars of the Commonwealth of Pennsylvania, the State of

New Jersey, the United States District Court for the Eastern District of Pennsylvania, and the United States Third Circuit Court of Appeals.

**JONATHAN HORNE- ATTORNEY**

Mr. Horne is a 2009 graduate of New York University School of Law, where he received the Lederman/Milbank Law, Economics, and Business fellowship, and holds a B.A. in Economics & Philosophy from the University of Toronto. Mr. Horne began his practice at Kaye Scholer LLP. Mr. Horne specializes in securities litigation. He is admitted to practice in New York and the United States District Courts for the District of Colorado and the Southern and Eastern Districts of New York. Mr. Horne was named a Super Lawyer – Rising Star for the New York Metro Area.

**KEITH R. LORENZE – ATTORNEY**

Mr. Lorenze graduated from the University of Virginia School of Law in 2002. He received a B.A. in Political Science & History, *summa cum laude,* from the State University of New York at Binghamton, where he was elected to Phi Beta Kappa. Mr. Lorenze served as a judicial law clerk at both the trial and appellate court levels. Following the completion of his clerkships, he entered private practice, where he worked at small, mid-sized, and large law firms in Philadelphia, New York, and Houston. Mr. Lorenze is admitted to practice in the Commonwealth of Pennsylvania, New York, Texas, and various United States District Courts around the country.

**YU SHI – ATTORNEY**

Mr. Shi received his J.D. from Columbia University School of Law in 2011 and his B.A., *cum laude*, from Columbia University in 2008. Prior to joining The Rosen Law Firm, Mr. Shi served as a Special Assistant Corporation Counsel in the New York City Law Department's Economic Development Division, where he worked on business and commercial transactions

involving the City of New York. Mr. Shi focuses his practice on securities litigation. He is admitted to practice in the State of New York and the United States District Court for the Southern District of New York.

**JONATHAN STERN – ATTORNEY**

Mr. Stern graduated from New York University School of Law in May of 2008, where he was a Development Editor of the Annual Survey of American Law. He received his B.A. in Philosophy with Honors from McGill University. Mr. Stern began his practice in the litigation department of Simpson Thacher & Bartlett LLP, and then went on to practice at the litigation boutique of Simon & Partners LLP, where he participated in a Federal trial. Mr. Stern is admitted to the bar of the State of New York and admitted to practice in the United States Southern and Eastern District Courts of New York.

**ERICA STONE- ATTORNEY**

Ms. Stone graduated from the Benjamin N. Cardozo School of Law in 2013. She received her B.A. in Political Science and Communications, *cum laude,* from the University of Pennsylvania in 2009. She is admitted to practice in New York, New Jersey, and the United States District Courts for the Southern District of New York and the District of New Jersey.

**CHRISTOPHER S. HINTON – OF COUNSEL**

Mr. Hinton is admitted to the bars of the State of New York, the United States District Court for the Southern District of New York, United States District Court for the Eastern District of Wisconsin, and the United States District Court for the District of Nebraska. He received a B.A. degree in Economics and Political Science in 1997, *magna cum laude*, from Marquette University, where he was elected to Phi Beta Kappa, and received a J.D. degree, cum laude, from University of Illinois College of Law at Champaign in 2002. His primary area of practice is securities and ERISA class action litigation. He co-authored Foreign Investors Serving as Lead

Plaintiffs in U.S.- Based Securities Cases, International Practice Section Newsletter (Association of Trial Lawyers of America, Washington, D.C.), Winter 2004 and Spring 2005. Mr. Hinton has been a member of the plaintiffs' bar since 2003 and has focused on class action litigation.

**DANIEL SADEH – LAW CLERK**

Mr. Sadeh graduated from the Georgetown University Law Center in 2015. He received his B.A. from CUNY Queens College in 2012. Mr. Sadeh is not admitted to practice to law. Mr. Sadeh's admission to the New York bar is pending.

**II.     RECENT ACCOMPLISHMENTS OF THE ROSEN LAW FIRM PA**

Deering v. Galena Biopharma, Inc., No. 3:14-cv-00367-SI. The Rosen Law Firm is currently serving as co-Lead Counsel in this class action pending in the U.S. District Court for District of Oregon. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company concealing an undisclosed stock promotion scheme. The parties have agreed to a partial settlement of the action for $20 million consisting for $19 million in cash and $1 million in stock, pending Court approval.

In re Silvercorp Metals, Inc. Securities Litigation, No. 12-CV-9456 (JSR). The Rosen Law Firm was counsel to lead plaintiff in this consolidated class action in the U.S. District Court for Southern District of New York. The complaint alleged violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading financial information. The parties agreed to settle this action for $14 million in cash.

Hellum v. Prosper Marketplace, Inc., No. CGC-08-482329. The Rosen Law Firm was class counsel in this certified class action in California Superior Court, San Francisco County alleging violations of the Securities Act of 1933 and the California Corporations Code in connection with defendants' offer and sale of unregistered securities. Plaintiffs settled this action for $10 million in cash.

In re Textainer Financial Servs. Corp., No. CGC 05-440303.  The Rosen Law Firm was Co-Lead Counsel in this class action in the California Superior Court, San Francisco County alleging breach of fiduciary duty in connection with the sale of the assets of six related publicly traded limited partnerships.  After winning the first phase of a multi-phase bench trial, Plaintiffs obtained a $10 million cash settlement for class members.

Friedman v. Quest Energy Partners LP, et al., Case No. CIV-08-936-M.  The Rosen Law Firm was sole Lead Counsel on behalf of purchasers of Quest Resource Corporation's securities in this consolidated class action filed in the U.S. District Court for the Western District of Oklahoma. The complaint alleged violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading statements in connection with the Company's former CEO and CFO misappropriating nearly $10 million.  All classes and parties to this litigation settled this action for $10.1 million in cash.

Hufnagle v. RINO International Corporation, No. CV 10-8695-VBF (VBKx).  The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending in the U.S. District Court for the Central District of California.  The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading statements of revenue and earnings.  The parties agreed to a partial settlement for $7 million in cash.  The parties have also agreed to settle claims against RINO's auditor for $1,685,000, subject to Court approval.  Should the Court approve the auditor settlement the total recovery in this case will be $8,685,000.

In re Puda Coal Securities Litigation, No. 11-CV-2598 (DLC) (Partial Settlement).  The Rosen Law Firm is currently serving as co-Lead Counsel in this consolidated class action pending in the U.S. District Court for the Southern District of New York.  The complaint alleges violations of the Exchange Act and Securities Act arising out of the Company's issuance of

materially false and misleading financial statements. The parties have agreed to settle Plaintiffs' claims against the underwriters for $8.6 million, subject to Court approval. The case continues against the other defendants.

Blitz v. AgFeed Industries, No. 3:11-0992. The Rosen Law Firm was co-Lead Counsel in this consolidated class action in the U.S. District Court for the Middle District of Tennessee. The complaint alleged violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading financial information. The parties agreed to settle this action for $7 million in cash.

Cole v. Duoyuan Printing, Inc., Case No. 10-CV-7325(GBD). The Rosen Law Firm was Co-Lead Counsel in this class action in the U.S. District Court for the Southern District of New York. The complaint alleged violations of §§ 11, 12(a)(2), and 15 of the Securities Act of 1933 and §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading statements about the Company's true financial condition and adequacy of the Company's internal controls. Plaintiffs and the issuer defendants agreed to a partial settlement of $4.3 million cash payment to class members. Plaintiffs and the underwriters agreed to a separate $1,893,750 cash payment to class members. The total settlement was $6,193,750 in cash.

In re Nature's Sunshine Products, Inc. Securities Litigation, Case No. 2:06-cv-00267-TS-SA. The Rosen Law Firm was sole Lead Class Counsel in this class action in the U.S. District Court for the District of Utah. The complaint alleged violations of §§ 10b and 20(a) of the Securities Exchange Act arising out of the Company's materially false and misleading statements concerning its financial statements and business practices. Following the certification of the class and extensive discovery, Plaintiffs agreed to settle this case for $6 million in cash.

      <u>Miller v. Global Geophysical Services</u>, No. 14-CV-708.  The Rosen Law Firm is currently serving as Lead Counsel in this consolidated class action pending in the U.S. District Court for Southern of Texas.  The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act and Sections 11 and 15 of the Securities Act arising out a financial restatement.  The parties have preliminarily agreed to settle this case for $5.3 million in cash, pending Court approval.

      <u>Bensley v. FalconStor Software, Inc.</u>, No. 10-CV-4672 (ERK) (CLP).  The Rosen Law Firm was sole Lead Counsel in this consolidated class action in the U.S. District Court for the Eastern District of New York.  The complaint alleged violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading statements about the Company's true financial and business condition.  The parties agreed to settle this action for $5 million in cash.

      <u>In re Entropin, Inc. Securities Litigation</u>, Case No. CV 04-6180-RC.  The Rosen Law Firm was counsel to Plaintiff in this securities class action in the United States District Court for the Central District of California, and Lead Counsel in the related class action brought in California state court against Entropin, Inc., a defunct pharmaceutical company.  These actions alleged violations of §§ 10b and 20(a) of the Securities Exchange Act and violations various state securities laws arising out of allegedly false and misleading statements about the Company's lead drug candidate Esterom, respectively.  On the eve of trial, Defendants agreed to settle these cases for a $4.5 million cash payment to class members.

      <u>Fitzpatrick v. Uni-Pixel, Inc.</u>, No. 13-CV-01649.   The Rosen Law Firm was co-Lead Counsel in this class action pending in the U.S. District Court for the Southern District of Texas.  The complaint alleged violations of §§10b and 20(a) of the Securities Exchange Act arising out

of the Company concealing its true financial condition.  The parties settled this action for $4.5 million consisting of $2.35 million in cash and $2.15 million in stock.

Munoz v. China Expert Technology, Inc., Case No. 07-CV-10531 (AKH).  The Rosen Law Firm was sole Lead Counsel in this class action in the U.S. District Court for the Southern District of New York.  The complaint alleged violations of §§10b and 20(a) of the Securities Exchange Act arising out of: (a) the Company's issuance of materially false statements of revenues and earnings; and (b) the Company's auditors' issuance of materially false and misleading "clean" audit opinions.  The parties settled this action for $4.2 million cash payment to class members.

Stanger v. China Electric Motor, Inc., Case no. CV 11-2794-R (AGRx).  The Rosen Law Firm was sole Lead Counsel in this class action in the U.S. District Court for the Central District of California.  The complaint alleged violations of §§ 11, 12(a)(2), and 15 of the Securities Act of 1933 in connection with the Company's $22.5 million initial public offering.  The parties agreed to settle this action for $3,778,333.33 in cash.

Rose v. Deer Consumer Products, Inc., Case No. CV11-3701 –DMG (MRWx).  The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S. District Court for the Central District of California.  The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising the issuance of false statements concerning the Company's true financial condition.  The parties agreed to a settlement for $2.125 million in cash.  Separately, against Deer's auditor the parties have agreed to settlement for $1.425 million in cash.  If the settlement with the auditor is approved, the total recovery for Deer investors would be $3.55 million.

In re L&L Energy, Inc. Securities Litigation, No. 13-CV-6704 (RA).  The Rosen Law Firm was co-Lead Counsel in this class action in the U.S. District Court for the Southern District

of New York.  The complaint alleged violations of §§ 10b and 20(a) of the Securities Exchange

Act arising out of the Company's issuance of false financial statements.  The parties settled this

action for $3.5 million in cash.

Sood v. Catalyst Pharmaceutical Partners, Inc., No. 13-CV-23878-UU.  The Rosen Law

Firm was sole lead counsel in this class action filed in the U.S. District Court for the Southern

District of Florida.  The complaint alleged that the Company failed to disclose material facts

about its primary drug candidate.  The parties agreed to settle this action for $3.5 million in cash.

Cheung v. Keyuan Petrochemicals, Inc., No. 13-cv-6057 (PAC).  The Rosen Law firm

was sole Lead Counsel in this class action in the U.S. District Court for the Southern District of

New York.  The complaint alleged violations of §§ 10b and 20(a) of the Securities Exchange Act

of 1934 in connection with the Company's failure to disclose material related party transactions

in periodic reports it filed with the SEC.  The parties settled this action for $2.65 million in cash.

Separately, in the related case Omanoff v. Patrizio & Zhao LLC, No. 2:14-cv-723-FSH-JBC, The

Rosen Law Firm is currently serving as sole lead counsel in this class action pending in the U.S.

District Court for the District of New Jersey.  The complaint alleges that Patrizio & Zhao, LLC,

as auditor for Keyuan Petrochemicals, Inc., issued materially false and misleading audit

opinions.  The parties have preliminarily agreed to settle this action for $850,000 in cash,

pending Court approval.  Should the Court approve the auditor settlement, the total recovery for

Keyuan investors will be $3.5 million.

In re StockerYale, Inc. Securities Litigation, Case No. 1:05-cv-00177.  The Rosen Law

Firm served as sole Lead Counsel in this consolidated class action in the U.S. District Court for

the District of New Hampshire.  The complaint alleged violations of §§ 10b, 20(a) and 20A of

the Securities Exchange Act arising out of the issuance of allegedly false and misleading press

releases regarding certain contracts the Company claimed to have signed. Plaintiffs settled this class action for $3.4 million cash payment to class members.

Mallozzi v. Industrial Enterprises of America, Inc., Case No. 07-CV-10321 (GBD). The Rosen Law Firm was Co-Lead Counsel in this class action in the U.S. District Court for the Southern District of New York. The complaint alleged violations of §§ 10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading statements of revenues and earnings. During the pendency of the Company's bankruptcy, the parties settled this class action for $3.4 million in cash.

Meruelo Capital Partners 2, LLC et al. v. Wedbush Morgan Securities, Inc., Case no. BC 352498. The Rosen Law Firm was co-counsel to plaintiffs in this action brought in California Superior Court, Los Angeles County for violations of the California State securities laws against the securities issuer and broker-dealer in connection with the sale of $2.5 million worth of securities. On the eve of trial, plaintiffs settled the claims against the issuer for a cash payment of $1 million. Following an eight day jury trial, Plaintiffs obtained a jury verdict in their favor and against the underwriter for over $2.2 million (which included prejudgment interest). In sum, plaintiffs recovered over $3.2 million, which represented 100% of plaintiffs' principal investment of $2.5 million and over $700,000 in prejudgment interest. The verdict was affirmed by the California 2nd District Court of Appeal.

Ray v. TierOne Corporation, Case No. 10CV199. The Rosen Law Firm was sole Lead Counsel in this class action brought in the U.S. District Court for the District of Nebraska. The complaint alleged violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading statements of earnings and the Company's banking operations and business. The parties settled this action for $3.1 million in cash.

In re Skilled Healthcare Group, Inc. Securities Litigation, Case No. 2:09-CV-5416-DOC (RZx). The Rosen Law Firm was Co-Lead Counsel in this class action in the U.S. District Court for the Central District of California. The complaint alleged violations of the §§ 11, 12(a)(2), and 15 of the Securities Act of 1933 and §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading statements of revenue and earnings. Plaintiffs settled this action for $3 million in cash.

Abrams v. MiMedx Group, Inc., No. 1:13-cv-03074-TWT. The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending in the U.S. District Court for the Northern District of Georgia. The complaint alleges violations of §§ 10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of false statements relating the regulatory compliance of its products. The parties agreed to settle this action for $2.979 million pending Court approval.

Madden v. Pegasus Communications Corp, Case No. 2:05-cv-0568. The Rosen Law Firm was sole Lead Counsel in this class action in the U.S. District Court for the Eastern District of Pennsylvania. The action alleged violations of §§ 10b and 20(a) of the Securities Exchange Act arising out of the issuance of allegedly false and misleading statements concerning the Company's direct broadcast satellite agreement with DirecTV and the Company's reported subscriber growth and totals. Plaintiffs settled this action for a $2.95 million cash payment to class members.

In re TVIA, Inc. Securities Litigation, Case No. C-06-06403-RMW. The Rosen Law Firm was sole Lead Counsel in this consolidated class action in the U.S. District Court for the Northern District of California. The complaint alleged violations of §§ 10b, 20(a), 20A of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading financial statements by virtue of the Company improper recognition of revenues in

violation of GAAP. Plaintiffs settled this action for a $2.85 million cash payment to class members.

Zagami v. Natural Health Trends Corp., et al., Case No. 3:06-CV-1654-D. The Rosen Law Firm served as sole Lead Counsel in this class action in the U.S. District Court for the Northern District of Texas. The complaint alleged violations of § 10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading financial statements in violation of GAAP. Plaintiffs settled this case for $2.75 million cash payment to class members.

Romero v. Growlife, Inc., Case No. 2:14-cv-03015-CAS (JEMx). The Rosen Law Firm was sole Lead Counsel in this consolidated class action in the U.S. District Court for the Central District of California. The complaint alleged violations of §§10b and 20(a) of the Securities Exchange Act arising the issuance of false statements concerning the Company's true financial condition. The parties agreed to settle this action for total consideration of $2.7 million, comprised of $700,000 in cash and $2 million in stock.

Nguyen v. Radient Pharmaceuticals Corporation, Case No. CV11-0405-DOC (MLGx). The Rosen Law Firm was sole Lead Counsel in this class in the U.S. District Court for the Central District of California. The complaint alleged violations of §§10b and 20(a) of the Securities Exchange Act arising out of the issuance of false statements concerning the Company's clinical trial involving its principal product. The parties agreed to settle this action for $2.5 million in cash.

In re Robert T. Harvey Securities Litigation, Case No. SA CV-04-0876 DOC (PJWx). The Rosen Law Firm served as Co-Lead Counsel in this class action in the U.S. District Court for the Central District of California and the related California state court class actions. This action alleged violations of §§ 10b and 20(a) of the Securities Exchange Act arising out of the

sale of partnership interests that corresponded to the securities of Chaparral Network Storage and AirPrime, Inc., n/.k/a Sierra Wireless, Inc. Plaintiffs settled this and the related state court actions for an aggregate $2.485 million cash payment to class members.

In re China Education Alliance, Inc. Securities Litigation, No. C 10-9239-CAS (JCx). The Rosen Law Firm was sole Lead Counsel in this consolidated class in the U.S. District Court for the Central District of California. The complaint alleges violations of §§10b and 20(a) of the Exchange Act arising out of the Company's issuance of materially false and misleading statements of revenue and earnings. The parties settled this action for $2.425 million in cash.

Kubala v. SkyPeople Fruit Juice, No. 11-CV-2700 (PKC). The Rosen Law Firm was sole Lead Counsel in this consolidated class action in the U.S. District Court for the Southern District of New York. The complaint alleged violations of §§10b and 20(a) of the Securities Exchange Act out of the Company's failure to disclose material related party transactions that rendered the Company's financial statements false. The parties agreed to settle this action for $2.2 million in cash.

In re Fuwei Films Securities Litigation, Case no. 07-CV-9416 (RJS). The Rosen Law Firm was sole Lead Counsel in this consolidated class action in the U.S. District Court for the Southern District of New York. The complaint alleged violations of §§ 11, 12(a)(2), and 15 of the Securities Act of 1933 in connection with material misrepresentations in the Company's Registration Statement and Prospectus in connection with the Company's $35 million IPO. The parties settled this action for $2.15 million cash payment to class members.

Snellink v. Gulf Resources, Inc., No.CV11-3722-ODW (MRWx). The Rosen Law Firm was co-Lead Counsel in this class action in the U.S. District Court for the Central District of California. The complaint alleged violations of §§ 10b and 20(a) of the Securities Exchange Act arising out of the Company's failure to disclose the related party nature of certain transactions,

and the Company's issuance of false financial statements.  The parties agreed to settle this action for $2.125 million in cash.

Snellink v. Universal Travel Group, Inc., Case No.11-CV-2164 (SDW).  The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S. District Court for the District of New Jersey.  The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising the issuance of false statements concerning the Company's true financial condition.  The parties have preliminarily agreed to a partial settlement of this action for $2 million in cash, pending court approval.

Henning v. Orient Paper, Inc., No. CV 10-5887-VBF (AJWx).  The Rosen Law Firm was sole Lead Counsel in this class action in the U.S. District Court for the Central District of California.  The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act and certain violations of the Securities Act arising out of the Company's issuance of materially false and misleading statements about the Company's true financial condition and business prospects.  The parties settled this action for $2 million in cash.

Pena v. iBio, Inc., 14-CV-1343-RGA.  The Rosen Law Firm is sole Lead Counsel in this class action pending in the U.S. District Court for the District of Delaware.  The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out misstatements and omissions relating to the Company's purported involvement with an Ebola treatment.  The parties have preliminarily agreed to settle this action for $1.875 million in cash, pending Court approval.

Campton v. Ignite Restaurant Group, Inc., No. 12-CV-2196.  The Rosen Law Firm was sole Lead Counsel in this class action in the U.S. District Court for the Southern District of Texas.  The complaint alleged violations of the Securities Act of 1933 in connection with

material misrepresentations in the Company's Registration Statement and Prospectus issued for the company's IPO. The parties agreed to the settle this action for $1.8 million in cash.

Hayden v. Wang, et al., No. Civ. 518333. The Rosen Law Firm was sole lead counsel in this class action in the California Superior Court of San Mateo County brought on behalf of purchasers of Worldwide Energy & Manufacturing USA, Inc. common stock in two private placements. The Complaint alleged that the offering documents were materially false. The parties settled this action for $1,615,000 in cash.

Burritt v. Nutracea, Inc., Case No.CV-09-00406-PHX-FJM. The Rosen Law Firm was sole Lead Counsel in this consolidated class action in the U.S. District Court for the District of Arizona. This action alleged violations of §§ 10b and 20(a) of the Securities Exchange Act of 1934 and the Arizona securities laws in connection with the Company's issuance of materially false and misleading statements of earnings and revenues. During the pendency of the Company's bankruptcy, Plaintiffs settled this action for $1.5 million in cash and a remainder interest of 50% of the issuer's directors' and officers' liability insurance policy.

Press v. Delstaff LLC, No. MSC 09-01051. The Rosen Law Firm was sole Lead Counsel in this class action in the California Superior Court for Contra Costa County, brought in connection with a "going private" transaction valued at $1.25/share for the 6.4 million shares implicated in the transaction. The parties settled this action for $1,642,500 in additional compensation to shareholders.

In re Lightinthebox Holding Co., Ltd., 13-CV-6016 (PKC). The Rosen Law Firm was sole Lead Counsel in this class action in the U.S. District Court for Southern District of New York. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company concealing its true financial condition. The parties agreed to settle this action for $1.55 million in cash.

Guimetla v. Ambow Education Holding Ltd., No. CV-12-5062-PSG (AJWx). The Rosen Law Firm was sole Lead Counsel in this class action filed in the U.S. District Court for the Central District of California. The complaint alleged violations of the Securities Exchange Act of 1934 in connection with the Company's issuance of materially false and misleading financial statements. The parties agreed to settle this action for $1.5 million.

Lee v. Active Power, Inc., No. l:13-cv-00797. The Rosen Law Firm was sole Lead Counsel in this class action in the U.S. District Court for the Western District of Texas. The complaint alleged violations of §§ 10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of false statements relating to a purported distribution agreement with a major information technology provider. The parties agreed to settle this action for $1.5 million.

In re Northfield Laboratories, Inc. Securities Litigation, Case No. 06 C 1493. The Rosen Law Firm was sole Lead Counsel in this consolidated class action in the U.S. District Court for the Northern District of Illinois. The complaint alleged violations of §§ 10b and 20(a) of the Securities Exchange Act arising out of the Company's materially false and misleading statements concerning its PolyHeme blood substitute product and business prospects. Following extensive class discovery and litigation activity in bankruptcy court, the parties agreed to settle this action for $1.5 million in cash.

In re PartsBase.com, Inc. Securities Litigation, Case No. 01-8319. The Rosen Law Firm was Co-Lead Counsel in this class action in the U.S. District Court for the Southern District of Florida. The action arose from a $45.5 million initial public offering of common stock by the defendant issuer and a syndicate of underwriters including Roth Capital Partners and PMG Capital Corp. Plaintiffs settled this action for $1.5 million cash settlement for class members.

Simmons v. FAB Universal Corp., No. 13-CV-8216 (RWS). The Rosen Law Firm is currently serving as co-Lead Counsel in this consolidated class action pending in the U.S.

District Court for Southern District of New York. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company concealing its true financial condition. The parties have agreed to settle this action for $1.5 million in cash, pending Court approval.

In re Empyrean Bioscience Securities Litigation, Case No. 1:02CV1439. This class action in which the Rosen Law Firm was sole Lead Counsel was filed in the U.S. District Court for the Northern District of Ohio. The action alleged violations of §§10b and 20(a) of the Securities Exchange Act based on misrepresentations in defendants' SEC filings and press releases concerning the clinical testing of the Company's GEDA Plus microbicide gel. After the court denied defendants' motion to dismiss the complaint, the parties briefed the issue of whether the securities were traded in an efficient market. Prior to a decision on market efficiency, Plaintiffs settled the case for a $1.4 million payment to class members.

In re Himax Technologies, Inc. Securities Litigation, Case No. C 07-4891-DDP. The Rosen Law Firm served as Co-Lead Counsel in this consolidated class action in the U.S. District Court for the Central District of California, Western Division. The complaint alleged violations of §§ 11 and 15 of the Securities Act arising out of the Company's IPO. Plaintiffs agreed to settle this case for $1.2 million cash payment to class members.

In re Flight Safety Technologies, Inc. Securities Litigation, Case No. 3:04-cv-1175. The Rosen Law Firm was sole Lead Counsel in this consolidated class action in the U.S. District Court for the District of Connecticut. The action alleged violations of §§ 10b and 20(a) of the Securities Exchange Act arising out of the defendants alleged failure to disclose material adverse information concerning the Company's products under development and misrepresenting the amount of time it would take to commercialize the products. Plaintiffs settled the case for a $1.2 million cash payment to class members.

In re: M.H. Meyerson & Co. Securities Litigation, Case No. 02-CV-2724. This class action, in which the Rosen Law Firm was sole Lead Counsel, was filed in U.S. District Court for District of New Jersey. The complaint alleged violations of §§10b and 20(a) of the Securities Exchange Act based on allegedly false and misleading SEC filings related to the planned launch of an online brokerage business, and other material misrepresentations, which allegedly inflated the price of Meyerson stock during the class period. Plaintiffs settled the case for a $1.2 million payment to class members.

In re OPUS360 Corp. Securities Litigation, Case No. 01-Civ-2938. The Rosen Law Firm was Co-Lead Counsel for this action brought in the Southern District of New York alleging violations of the federal securities laws arising from a $75.0 million initial public offering of common stock by the defendant issuer and a syndicate of underwriters including JP Morgan and Robertson Stephens, Inc. The Court certified the action as a class action and approved a final settlement.

Ansell v. National Lampoon, Inc., Case No. CV10-9292-PA (AGRx). The Rosen Law Firm was sole Lead Counsel in this class action in the U.S. District Court for the Central District of California. The complaint alleged violations of §§10b and 20(a) of the Securities Exchange Act arising out of a market manipulation scheme involving National Lampoon's common stock. The parties agreed to settle this action for $1 million in cash.

Fouladian v. Busybox.com, Inc., Case No. BC 248048. The Rosen Law Firm was Co-Lead Counsel in this class action brought in California Superior Court, Los Angeles County. The action arose from a $12.8 million initial public offering of securities by the defendant issuer and underwriter. California and federal securities laws claims (Cal. Corp. Code §25401 and §11 of 1933 Act) were brought on behalf of a nationwide class of public offering investors. The Court approved a $1.0 million cash settlement to a nationwide class of investors.

Singh v. Tri-Tech Holding, Inc., No. 13-CV-9031 (KMW). The Rosen Law Firm was co-Lead Counsel in this class action in the U.S. District Court for Southern District of New York. The complaint alleged violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company concealing its true financial condition. The parties settled this action for $975,000 in cash.

Howard v. Chanticleer Holdings, Inc.., No. 12-CV-81123-JIC. The Rosen Law Firm was sole Lead Counsel in this class action in the U.S. District Court for the Southern District of Florida. The complaint alleged violations of the Securities Act of 1933 in connection with material misrepresentations in the Company's Registration Statement and Prospectus issued for the Company's public offering of common stock and warrants. The parties agreed to settle this action for $850,000 in cash.

Pollock v. China Ceramics Co. Ltd, No. 1:14-cv-4100 (VSB). The Rosen Law Firm is currently serving as co-Lead Counsel in this consolidated class action pending in the U.S. District Court for Southern District of New York. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's lack of internal controls. The parties have preliminarily agreed to settle this action for $850,000, consisting of $310,000 in cash and $540,000 in stock, pending Court approval.

Katz v. China Century Dragon Media, Inc., Case no. CV 11-02769 JAK (SSx). The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S. District Court for the Central District of California. The complaint alleges violations of §§ 11, 12(a)(2), and 15 of the Securities Act of 1933 and §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading financial statements. Following entry of default against the issuer and certification of the class, the non-

issuer defendants and Plaintiffs have preliminarily agreed to resolve the claims against the non-issuer defendants for $778,333.33, subject to court approval.

In re China Intelligent Lighting and Electronics, Inc. Securities Litigation, No. 2:11-CV-02768 PSG (SSx). The Rosen Law Firm was co-Lead Counsel in this consolidated class action in the U.S. District Court for the Central District of California. The complaint alleged violations of §§ 11, 12(a)(2), and 15 of the Securities Act of 1933 and §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading financial statements. The parties agreed to partially settle this action for $631,600 in cash. A default judgment was obtained against the issuer.

Gianoukas v. Tullio and Riiska, Case No. 02CC18223. The Rosen Law Firm was lead counsel to a group of twenty-one plaintiffs that brought claims of fraud and negligent misrepresentation in California Superior Court, Orange County against the former Chief Executive and Chief Financial Officers of a publicly traded software company, NQL Inc. The complaint alleged that the officers issued a series of false and misleading press releases concerning the business of NQL for the purpose of inducing the purchase and retention of NQL securities. Plaintiffs settled the action favorably for a confidential amount.

The BoxLot Company v. InfoSpace, Inc., Case No. GIC 779231. The Rosen Law Firm was plaintiff's counsel for this action filed in California Superior Court, San Diego County which arose from the aborted merger agreement and ultimate sale of The BoxLot Company's assets to InfoSpace. The action alleged violations of California securities laws (Cal. Corp. Code §25400 & §25401) and common laws and sought damages of $92.8 million from InfoSpace and its CEO, Naveen Jain. The case settled favorably for plaintiffs for a confidential amount.

Teague v. Alternate Energy Holdings, Inc., No. 10-CV-634-BLW. The Rosen Law Firm was sole Lead Counsel in this class action in the U.S. District Court for the District of Idaho.

The complaint alleged violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading financial statements and business condition. The parties settled this action for $450,000.

Huttenstine v. Mast, Case No. 4:05-cv-152 F(3). The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S. District Court for the Eastern District of North Carolina. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's material misstatements and omissions concerning the nature of certain sales contracts it had entered into. Plaintiffs have preliminarily agreed to settle this action for a $425,000 cash payment to class members.

Kinzinger v. Paradigm Medical Industries, Inc., Case No. 03-0922608. The Rosen Law Firm served as sole Lead Counsel in this class action filed in Utah state court alleged violations of the Utah Securities Act against Paradigm Medical arising out of false and misleading statements made to investors in a $5.0 million private placement of securities. The court approved a $625,000 settlement on behalf of the private placement purchasers.

### III.   SECURITIES CLASS ACTIONS IN WHICH THE ROSEN LAW FIRM P.A. IS CURRENTLY LEAD COUNSEL

Zhu v. UCBH Holdings, Inc., No. C 09-4208-JSW. The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending in the U.S. District Court for the Northern District of California. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading statements of revenue and earnings, and the Company's banking operations and business. This action is in discovery.

Cianci v. Blue Earth, Inc., No. CV-14-08263 DSF (JEMx). The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S. District Court for

the Central District of California. The complaint alleges violations of the Exchange Act arising out of the Company's issuance of materially false and misleading financial statements. This action is at the pleading stage.

Rapp v. Acellerate Diagnostics, Inc., CV-15-00504-PHX-SPL. The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S. District Court for the District of Arizona. The complaint alleges violations of the Exchange Act arising out of the Company's issuance of materially false and misleading statements about the Company's main product. This action is at the pleading stage.

Garcia v. Lentuo International, Inc., CV-15-1862-MWF (MRWx). The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S. District Court for the Central District of California. The complaint alleges violations of the Exchange Act arising out of the Company's issuance of materially false and misleading financial statements. This action is at the pleading stage

In re Puda Coal Securities Litigation, No. 11-CV-2598 (DLC). The Rosen Law Firm is currently serving as co-Lead Counsel in this consolidated class action pending in the U.S. District Court for the Southern District of New York. The complaint alleges violations of the Exchange Act and Securities Act arising out of the Company's issuance of materially false and misleading financial statements. The class is certified and this action is in discovery.

In re Lihua International, Inc. Sec. Litig., No. 14-CV-5037 (RA). The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S. District Court for the Southern District of New York. The complaint alleges violations of the Securities Exchange Act of 1934 in connection with the Company's issuance of materially false and misleading financial statements. This action is at the pleading stage.

Gauquie v. Albany Molecular Research, No. 14-CV-6637 (FB) (SMG).  The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S. District Court of the Eastern District of New York.  The complaint alleges violation of §10b and 20(a) of the Securities Exchange Act out of the Company's misstatements about its true financial condition and prospects.  This action is at the pleading stage.

Vandevelde v. China Natural Gas, Inc., No. 10-728-SLR.  The Rosen Law Firm is currently serving as sole Lead Counsel in the class action pending in the U.S. District Court for the District of Delaware.  The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the issuance of materially false and misleading financial statements. This action is in discovery.

In re China XD Plastics Company Limited Securities Litigation, No. 1:14-cv-05308 (GBD).  The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending in the U.S. District Court for the Southern District of New York.  The complaint alleges violations of §§ 10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of false financial statements.  This action is at the pleading stage.

In re Montage Technology Group Limited Securities Litigation, No. 3:2014-cv-0722 (SI). The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending in the U.S. District Court for the Northern District of California.  The complaint alleges violations of §§ 10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of false statements relating to certain undisclosed related party transactions and the Company's revenue.  This action is in discovery.

Yang v. Tibet Pharmaceuticals, Inc., No. 14-cv-3538.  The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending in the U.S. District Court for the District of New Jersey.   The complaint alleges violations of the Securities Act of 1933 in

connection with material misrepresentations in the Company's Registration Statement and Prospectus issued for the Company's public offering of common stock. The action is in discovery.

Luo v. Qiao Xing Universal Resources, Inc., No. 12-45-WAL-GWC. The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending in the U.S. District Court of the Virgin Islands, St. Croix Division. The complaint alleges violations of the Exchange Act in connection with the Company's issuance of materially false and misleading financial statements. The action is at the pleading stage.

Youngers v. Virtus Investment Partners, Inc., No. CV-15-8262 (WHP). The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S. District Court for the Southern District of New York. The complaint alleges violations of the Exchange Act and Securities Action in connection with the Company's issuance of materially false and misleading financial statements to investors in the Company's Virtus AlphaSector Mutual Funds. The action is at the pleading stage.

In re Poseidon Concepts Securities Litigation, No. 13-CV-1213 (DLC). The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S. District Court for the Southern District of New York. The complaint alleges violations of §§ 10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of false financial statements. This action is at the pleading stage.

In re DNTW Chartered Accountant Securities Litigation, No. 13-CV-4632 (PGG). The Rosen Law Firm is currently serving as sole lead counsel in this consolidated class action pending in the U.S. District Court for the Southern District of New York. The complaint alleges that DNTW, as auditor for Subaye Inc., issued materially false and misleading audit opinions. This action is at the pleading stage.

In re: ChannelAdvisor Corporation Sec. Litig., No. 1:15-cv-307-F. The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending in the U.S. District Court for Eastern District of North Carolina. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company concealing its true financial condition. This action is at the pleading stage.

Berry v. KIOR, Inc., No. 13-CV-2443. The Rosen Law Firm is currently serving as co-Lead Counsel in this class action pending in the U.S. District Court for the Southern District of Texas. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading financial statements. This action is at the pleading stage.

Deering v. Galena Biopharma, Inc., No. 3:14-cv-00367-SI. The Rosen Law Firm is currently serving as co-Lead Counsel in this class action pending in the U.S. District Court for District of Oregon. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company concealing an undisclosed stock promotion scheme. A partial settlement for $20 million was reached with certain defendants, pending Court approval. The case proceeds against other defendants.

Kelsey v. Textura Corporation, No. 14 C 7837. The Rosen Law Firm is currently serving as Lead Counsel in this class action pending in the U.S. District Court for Northern District of Illinois. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out allegations that the Company misstated its true financial condition. This action is at the pleading stage.

In re Forcefield Energy, Inc. Securities Litigation, No. 15-cv-3020 (NRB). The Rosen Law Firm is currently serving as Lead Counsel in this class action pending in the U.S. District Court for Southern District of New York. The complaint alleges violations of §§10b and 20(a)

of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading information. The case is at the pleading stage.

Bonanno v. Cellular Biomedicine Group, Inc., No. 15-cv-1795-WHO. The Rosen Law Firm is currently serving as Lead Counsel in this class action pending in the U.S. District Court for Northern District of California. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading information. The case is at the pleading stage.

Ding v. Roka Bioscience, Inc., No. 14-8020 (FLW). The Rosen Law Firm is currently serving as Lead Counsel in this class action pending in the U.S. District Court for District of New Jersey. The complaint alleges violations of §§11 and 15 of the Securities Act arising out of the Company's issuance of materially false and misleading business information. The case is at the pleading stage.

Fila v. Pingtan Marine Enterprise Ltd., No. 15-cv-267 (AJN). The Rosen Law Firm is currently serving as Lead Counsel in this class action pending in the U.S. District Court for Southern of District of New York. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out undisclosed related party transactions. This action is at the pleading stage.

Petrie v. Electronic Game Card, Inc., No. SACV 10-0252-DOC (RNBx). The Rosen Law Firm is currently serving as sole Lead Counsel in this certified class action pending the United States District Court for the Central District of California. Following dismissal of the complaint by the district court, the Rosen Firm obtained a reversal of the dismissal from U.S. Court of Appeals for the Ninth Circuit. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and

misleading financial statements in violation of Generally Accepted Accounting Principles and the Company's publicly stated internal policies. The action is in discovery.

Khunt v. Alibaba Group Holding Ltd., No. 15-CV-759 (CM). The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending in the U.S. District Court for the Southern District of New York. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading business information. This action is at the pleading stage.

Feola v. Appliance Recycling Centers of America, Inc., No. CV-15-1654 (JAK) (AJWx). The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending in the U.S. District Court for the Central District of California. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading financial statements. This action is at the pleading stage.

Pham v. China Finance Online Co. Limited, No. CV 15-CV-7894 (RMB). The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending in the U.S. District Court for Southern District of New York. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading financial statements. This action is at the pleading stage.

Logan v. QRX Pharma LTD, No. 15-cv-4868 (PAE). The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S. District Court for the Southern District of New York. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading statements about its true business condition. This action is at the pleading stage.

In re Silver Wheaton Corp. Securities Litigation, No. 15-cv-5146-CAS. The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S. District Court for the Central District of California. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading financial statements. This action is at the pleading stage.

Blasco v. Keurig Green Mountain, Inc., No. 15-cv-2766-VC. The Rosen Law Firm is currently serving as co-Lead Counsel in this consolidated class action pending in the U.S. District Court for Northern District of California. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false statements about true business condition. This action is at the pleading stage.

Knox v. Yingli Green Energy Holding Co. Ltd., No. 2:15-cv-4003. The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending in the U.S. District Court for Central District of California. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false financial statements. This action is at the pleading stage.

Pirnik v. Fiat Chrysler Automobiles, N.V., 15-CV-7199 (JMF). The Rosen Law Firm is currently serving as co-Lead Counsel in this class action pending in the U.S. District Court for the Southern District of New York. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading statements about its true business condition. This action is at the pleading stage.

Huang v. Sonus Networks, Inc., et al., No. 15-cv-2407-FLW-LHG. The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S. District Court for the District of New Jersey. The complaint alleges violations of §§10b and 20(a) of the

Securities Exchange Act arising out of the Company's issuance of materially false statements about its true business condition and prospects. This action is at the pleading stage.

Napoli v. Ampio Pharmaceuticals, Inc., CV-3474-TJH. The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S. District Court for the Central District of California. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false statements regarding the clinical testing of one its products. This action is at the pleading stage.

In re IsoRay, Inc. Securities Litigation, No. 15-cv-5046-LRD. The Rosen Law Firm is currently serving as co-Lead Counsel in this consolidated class action pending in the U.S. District Court for Eastern District of Washington. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company misstating certain study results relating to the Company's products.

In re COTY Inc. Securities Litigation, No. 14 Civ. 0919 (RJS). The Rosen Law Firm is currently serving as co-Lead Counsel in this consolidated class action pending in the U.S. District Court for Southern District of New York. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company concealing its true financial condition. This action is at the pleading stage.

In re Seadrill Limited Securities Litigation, No. 1:14-cv-9642 (LGS). The Rosen Law Firm is currently serving as co-Lead Counsel in this consolidated class action pending in the U.S. District Court for Southern District of New York. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company concealing its true financial condition. This action is at the pleading stage.

Beck v. Walter Investment Management, No. 14-cv-20880-UU. The Rosen Law Firm is currently serving as co-Lead Counsel in this consolidated class action pending in the U.S.

District Court for Southern District of Florida.  The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company concealing its true financial condition. This action is in discovery.

Van Wingerden v. Cadiz, Inc., No. CV-15-3080-JAK-JEM.  The Rosen Law Firm is currently serving as co-Lead Counsel in this class action pending in the U.S. District Court for Central District of California.  The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading financial statements.  The case is at the pleading stage.

Tapia-Matos v. Caesarstone Sdot-Yam Ltd., No. 15-CV-6726 (JMF).  The Rosen Law Firm is currently serving as co-Lead Counsel in this class action pending in the U.S. District Court for Southern District of New York.  The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading statements about the Company's true financial condition and business prospects.  The case is at the pleading stage.

Stephen v. Uranium Energy Corp., No. 15-CV-1862.  The Rosen Law Firm is currently serving as co-Lead Counsel in this class action pending in the U.S. District Court for Southern District of Texas.  The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading statements about the Company's true financial condition.  The case is at the pleading stage.

Menaldi v. Och-Ziff Capital Management Group LLC, No. 14-CV-3251 (JPO).  The Rosen Law Firm is currently serving as co-Lead Counsel in this class action pending in the U.S. District Court for Southern District of New York.  The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading business information.  The case is at the pleading stage.

Li v. Aeterna Zentaris. Inc., No. 14-CV-07081 (PGS). The Rosen Law Firm is currently serving as co-Lead Counsel in this class action pending in the U.S. District Court for District of New Jersey. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading business information. The case is at the pleading stage.

Mahapatra v. Truecar, Inc., No. CV 15-3979-R. The Rosen Law Firm is currently serving as co-Lead Counsel in this class action pending in the U.S. District Court for Central District of California. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading business information. The case is at the pleading stage.

Thomas v. Shiloh Industries, Inc., No. 15-CV-7449 (KMW). The Rosen Law Firm is currently serving as co-Lead Counsel in this class action pending in the U.S. District Court for Central District of California. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading financial statements. The case is at the pleading stage.

Zamier v. Bridgepoint Education, Inc., No. 3:15-CV-408-JLS-DHB. The Rosen Law Firm is currently serving as co-Lead Counsel in this class action pending in the U.S. District Court for Southern District of California. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading business information. The case is at the pleading stage.

Turocy v. El Pollo Loco Holdings, Inc., No. CV-15-1343-DOC. The Rosen Law Firm is currently serving as co-Lead Counsel in this class action pending in the U.S. District Court for the Central District of California. The complaint alleges violations of §§10b and 20(a) of the

Securities Exchange Act arising out of the Company's issuance of materially false and misleading business information. The case is at the pleading stage.

In re ChinaCast Education Corporation Sec. Litig., No. CV 12-4621- JFW (PLAx). The Rosen Law Firm is currently serving as co-Lead Counsel in this consolidated class action. Following dismissal of the complaint by the district court, the U.S. Court of Appeals for the Ninth Circuit overturned the dismissal. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company overstating it assets and cash balances and misstating the Company's internal controls. The action is in discovery.

In re Petrochina Company Ltd. Securities Litigation, No. 12: Cv-6180 (ER). The Rosen Law Firm is currently serving as sole lead counsel in this class action currently on appeal with the U.S. Court of Appeals for the Second Circuit. The complaint alleges that the Company issued materially false and misleading information about its business practices in China.

In re Amtrust Financial Services, Inc. Securities Litigation, No. 14-CV-736 (VEC). The Rosen Law Firm is currently serving as co-Lead Counsel in this consolidated class action currently on appeal with the U.S. Court of Appeals for the Second Circuit. The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company concealing its true financial condition.