**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                    )
**TERRY M. BRENNAN; RON KENNER;**                   )
**KEVIN KOZIATEK; VINCENT RAMPE;**                  )
**and DRAGON GATE MANAGEMENT LTD.,**                )
**individually and on behalf**                      )
**of all others similarly situated,**               )
                                                    )
      **Plaintiffs,**                                )
                                                    )          **Civil Action No.**
      **v.**                                        )          **15-13618-FDS**
                                                    )
**ZAFGEN, INC. and THOMAS E. HUGHES,**              )
                                                    )
      **Defendants.**                                )
_____)

## ORDER OF DISMISSAL

**SAYLOR, DJ.**


In accordance with the Court's Memorandum and Order of August 9, 2016, it is hereby

ORDERED that the above-entitled action be dismissed.


                                   SO ORDERED.
                                   BY THE COURT:


August 12, 2016                       /s/ Lisa Pezzarossi
Date                                Deputy Clerk